◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

CIF LICENSING, LLC, d/b/a
GE LICENSING

**SUMMONS IN A CIVIL CASE**

V.

AGERE SYSTEMS INC.

CASE NUMBER:    07-170

TO: (Name and address of Defendant)

AGERE SYSTEMS INC.
c/o REGISTERED AGENT
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. ROVNER, ESQ. (#3215)
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
P. O. BOX 951
WILMINGTON, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     3/23/07
_____           _____
CLERK                                                DATE
       /s/ [signature]
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-23-07 @ 3:45p |
| NAME OF SERVER (PRINT) MARSHAL MANLOVE | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): served registered agent: Corporation Service Corp 2711 Centerville Rd Wilmington DE
Person served Mary Drummond

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/23/07
_____
Date      Signature of Server

230 Market St Wilmington DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.