IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>        Plaintiff,<br><br>    v.<br><br>AGERE SYSTEMS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-170<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff CIF Licensing, LLC, d/b/a GE Licensing ("GE Licensing"), provides the following Corporate Disclosure Statement.

GE Licensing, a Delaware limited liability company, has as members (a) GE Intellectual Property Licensing, Inc. ("GEL"), a Delaware corporation, and (b) General Electric Capital Corporation ("GECC"), a New York corporation. GEL holds a 40% membership interest in GE Licensing, and GECC holds a 60% membership interest in GE Licensing. The General Electric Company, a New York corporation, owns 100% of the stock of GEL. General Electric Capital Services, Inc., a Delaware corporation ("GECS"), owns 100% of the stock of GECC. The General Electric Company owns 98.2% of the stock of GECS, and MRA Systems, Inc., a Delaware corporation, owns 0.2% of the stock of GECS.

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | By: /s/ Philip A. Rovner |
|  | Richard L. Horwitz (#2246) |
| Joel M. Freed | Philip A. Rovner (#3215) |
| Brian E. Ferguson | David E. Moore (#3983) |
| D. Sean Trainor | Hercules Plaza, 6th Floor |
| McDermott Will & Emery LLP | 1313 North Market Street |
| 600 13th Street, N.W. | Wilmington, Delaware 19801 |
| Washington, DC 20005-3096 | (302) 984-6000 |
| (202) 756-8327 | rhorwitz@potteranderson.com |
|  | provner@potteranderson.com |
| Edwin H. Wheeler | dmoore@potteranderson.com |
| McDermott Will & Emery LLP |  |
| 3150 Porter Drive | *Attorneys for Plaintiff* |
| Palo Alto, CA 94304-1212 | *CIF Licensing, LLC, d/b/a* |
| (650) 813-5000 | *GE Licensing* |

Dated: March 26, 2007
785682

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 26, 2007, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Agere Systems Inc.
c/o Registered Agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com