IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>            Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-170-JJF |

### STIPULATION

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that defendant's time in which to move, plead or otherwise respond to the Complaint is extended until May 14, 2007. The parties agree that this will be the only extension with regard to the response to the Complaint.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Philip A. Rovner<br>Richard L. Horwitz (No. 2246)<br>Philip A. Rovner (No. 3215)<br>David E. Moore (No. 3983)<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6140<br>rhorwitz@potteranderson.com<br>provner@potteranderson.com<br>dmoore@potteranderson.com<br>Attorneys for Plaintiff | [signature]<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>jingersoll@ycst.com<br>Attorneys for Defendant Agere Systems Inc. |

SO ORDERED this _____ day of

_____, 2007.

_____
              U.S.D.C.