IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>    Plaintiff,<br><br> v.<br><br>AGERE SYSTEMS INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-170-JJF<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

   Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David E. Sipiora, Ian L. Saffer and E. Joseph Benz of Townsend and Townsend and Crew, LLP, 1200 17th Street, Suite 2700, Denver, Colorado 80202 to represent Defendant Agere Systems Inc. in this matter. In accordance with Standing Order for District

Court Fund, I further certify that the annual fee of $25.00 for each attorney will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 13, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
   Attorneys for Defendant Agere Systems Inc.

### ORDER GRANTING MOTION

It is hereby ordered that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado, California, New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

                                                                   _____
                                                                   David E. Sipiora
                                                                   Townsend and Townsend and Crew, LLP
                                                                   1200 17th Street, Suite 2700
                                                                   Denver, CO 80202
                                                                   Telephone: 303-571-4000
                                                                   Facsimile: 303-5671-4321
                                                                   Email: desipiora@townsend.com

Dated: 04/10, 2007

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Ian L. Saffer
Townsend and Townsend and Crew, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
Telephone: 303-571-4000
Facsimile: 303-5671-4321
Email: ilsaffer@townsend.com

Dated: 4/9, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado and North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

                                    _____
                                    E. Joseph Benz, III
                                    Townsend and Townsend and Crew, LLP
                                    1200 17th Street, Suite 2700
                                    Denver, CO  80202
                                    Telephone:  303-571-4000
                                    Facsimile:  303-5671-4321
                                    Email: ejbenz@townsend.com

Dated: __4/9__, 2007

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on April 13, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Richard L. Horwitz, Esquire
>   Philip A. Rovner, Esquire
>   David E. Moore, Esquire
>   Potter Anderson & Corroon LLP
>   1313 N. Market Street
>   Wilmington, DE  19801

I further certify that on April 12, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>   Joel E. Freed, Esquire
>   Brian E. Ferguson, Esquire
>   D. Sean Trainor, Esquire
>   McDermott Will & Emery LLP
>   600 13th Street, N.W.
>   Washington, DC  20005

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Josy W. Ingersoll*
        Josy W. Ingersoll (No. 1088)
        jingersoll@ycst.com
        John W. Shaw (No. 3362)
        jshaw@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600

        Attorneys for Agere Systems Inc.