IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a GE LICENSING., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-170-JJF |
| AGERE SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

### STIPULATION AND PROPOSED ORDER

WHEREAS the parties earlier agreed to an extension of time until May 14, 2007 for Agere Systems, Inc. ("Agere") to respond to the Complaint and agreed that there would be only one stipulated extension of time;

WHEREAS it has become apparent to Agere that further additional time will be needed for it to formulate its response; and

WHEREAS the parties agree that no further extensions in responding to the Complaint will be necessary;

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that defendant's time in which to move, plead or otherwise respond to the Complaint is extended until June 13, 2007.

| | |
|---|---|
| POTTER ANDERSON & CORROON, LLP. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Philip A. Rovner | [signature] |
| Richard L. Horwitz (No. 2246)<br>Philip A. Rovner (No. 3215)<br>David E. Moore (No. 3983)<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6140<br>rhorwitz@potteranderson.com<br>provner@potteranderson.com<br>dmoore@potteranderson.com | Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>Chad S.C. Stover (No. 4919)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>jingersoll@ycst.com<br>jshaw@ycst.com<br>cstover@ycst.com |
| *Attorneys for CIF Licensing, Inc.* | *Attorneys for Agere Systems, Inc.* |

SO ORDERED this ___ day of May, 2007.

_____
United States District Judge