IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>   Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-170-JJF<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Joel M. Freed, Esq. and Brian E. Ferguson, Esq. of McDermott Will & Emery LLP, 600 13th Street, NW, Washington, DC 20005 to represent plaintiff CIF Licensing, LLC, d/b/a GE Licensing in this matter.

              POTTER ANDERSON & CORROON LLP

              By: /s/ Philip A. Rovner
                 Richard L. Horwitz (#2246)
                 Philip A. Rovner (#3215)
                 David E. Moore (#3983)
                 Hercules Plaza
                 P. O. Box 951
                 Wilmington, Delaware 19899
Dated: June 25, 2007        (302) 984-6000
789211             rhorwitz@potteranderson.com
                 provner@potteranderson.com
                 dmoore@potteranderson.com

              *Attorneys for Plaintiff*
              *CIF Licensing, LLC, d/b/a*
              *GE Licensing*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                         United States District Judge

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

     In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4-24-07

Joel M. Freed
McDermott Will & Emery LLP
600 13th Street, NW
Washington, DC 20005
(202) 756-8000
jfreed@mwe.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: APRIL 19, 2007

Brian E. Ferguson
McDermott Will & Emery LLP
600 13th Street, NW
Washington, DC 20005
(202) 756-8000
bferguson@mwe.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on June 25, 2007, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on June 25, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com