IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>        Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-170-JJF<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## STIPULATION AND ORDER

Plaintiff CIF Licensing, LLC, d/b/a GE Licensing and Defendant Agere Systems Inc., by their respective counsel, hereby agree and stipulate, subject to the approval of the Court, that the time for Plaintiff to reply to Defendant's Counterclaims (D.I. 9) in this matter is extended through and including July 24, 2007. The reason for this extension is that Plaintiff requires additional time to review the allegations of the counterclaims, served on Plaintiff on June 13, 2007.

| POTTER ANDERSON & CORROON LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>    Richard L. Horwitz (#2246)<br>    Philip A. Rovner (#3215)<br>    David E. Moore (#3983)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, Delaware 19899<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    provner@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*CIF Licensing, LLC, d/b/a*<br>*GE Licensing* | By: /s/ Chad S. C. Stover<br>    Josy W. Ingersoll (#1088)<br>    John W. Shaw (#3362)<br>    Chad S. C. Stover (#4919)<br>    The Brandywine Building<br>    1000 West Street, 17th Floor<br>    Wilmington, DE 19899-0391<br>    (302) 571-6600<br>    jingersoll@ycst.com<br>    jshaw@ycst.com<br>    cstover@ycst.com<br><br>*Attorneys for Defendant*<br>*Agere Systems Inc.* |

SO ORDERED, this _____ day of _____, 2007.

_____
United States District Judge

804134