

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

July 30, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

    Re: CIF Licensing, LC, d/b/a GE Licensing v. Agere Systems Inc.
       D. Del., C.A. No. 07-170-JJF

Dear Judge Farnan:

  In anticipation of the scheduling conference in the above-referenced matter, scheduled to be held on Wednesday, August 1, 2007 at 2:00 p.m., I am enclosing the parties' proposed Scheduling Order for Your Honor's consideration. As indicated in the proposed order, the parties have reached agreement on a number of issues. Where they have not (paragraphs 3(d) and 6), the proposed order contains the parties' competing views.

  Counsel are available at the Court's convenience prior to the conference should Your Honor have any questions.

                Respectfully,

                Philip A. Rovner
                provner@potteranderson.com

PAR/mes/809656
Enc.
cc: John W. Shaw, Esq. – By E-File and E-mail
   David E. Sipiora, Esq. – By –E-mail
   Brian E. Ferguson, Esq. – By E-mail