IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING, )<br>)<br>)<br>Plaintiff, )<br>) C.A. No. 07-170-JJF<br>v. )<br>) **JURY TRIAL DEMANDED**<br>AGERE SYSTEMS INC., )<br>)<br>Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendant Agere Systems Inc. hereby certifies that on July 27, 2007, David E. Sipiora, Esquire of Townsend and Townsend and Crew, LLP, 1200 17th Street, Suite 2700, Denver, CO 80202 caused true and correct copies of (1) Defendant Agere's First Set of Requests for Documents and Things to Plaintiff CIF Licensing, LLC, d/b/a GE Licensing (Nos. 1 – 69), and (2) Defendant Agere Systems, Inc.'s First Set of Interrogatories To Plaintiff, to be served upon the following counsel of record as indicated:

### BY U.S. MAIL

    Richard L. Horwitz, Esquire
    Philip A. Rovner, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP
    1313 N. Market Street
    Wilmington, DE 19801

    Joel E. Freed, Esquire
    Brian E. Ferguson, Esquire
    McDermott Will & Emery LLP
    600 13th Street, N.W.
    Washington, DC 20005

      Edwin H. Wheeler, Esquire
      McDermott Will & Emery LLP
      3150 Porter Drive
      Palo Alto, CA 94304

PLEASE TAKE FURTHER NOTICE that on July 27, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

      Richard L. Horwitz, Esquire
      Philip A. Rovner, Esquire
      David E. Moore, Esquire
      Potter Anderson & Corroon LLP
      1313 N. Market Street
      Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel listed below by e-mail:

      Joel E. Freed, Esquire
      Brian E. Ferguson, Esquire
      McDermott Will & Emery LLP
      600 13th Street, N.W.
      Washington, DC 20005

      Edwin H. Wheeler, Esquire
      McDermott Will & Emery LLP
      3150 Porter Drive
      Palo Alto, CA 94304

                    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                      /s/ Chad S.C. Stover
                      Chad S.C. Stover (No. 4919)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, DE 19899-0391
                      302-571-6600
                      cstover@ycst.com

      Attorneys for Defendant Agere Systems Inc.

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: July 30, 2007