## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>        Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-170-JJF<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 17, 2007, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

    PLAINTIFF CIF LICENSING, LLC'S FIRST SET OF INTERROGATORIES TO DEFENDANT AGERE SYSTEMS INC. (NOS. 1-30)

    PLAINTIFF CIF LICENSING, LLC'S SECOND SET OF INTERROGATORIES TO DEFENDANT AGERE SYSTEMS, INC. (NOS. 31-42)

    PLAINTIFF CIF LICENSING, LLC'S FIRST SET OF REQUESTS TO DEFENDANT AGERE SYSTEMS, INC. FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-35)

    PLAINTIFF CIF LICENSING, LLC'S SECOND SET OF REQUESTS TO DEFENDANT AGERE SYSTEMS INC. FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 36-44)

| | |
|---|---|
| **BY HAND DELIVERY AND E-MAIL** | **BY E-MAIL** |
| | |
| Josy W. Ingersoll, Esq.<br>John W. Shaw, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>jingersoll@ycst.com<br>jshaw@ycst.com | David E. Sipiora, Esq.<br>Ian L. Saffer, Esq.<br>Townsend and Townsend and Crew LLP<br>1200 17th Street, Suite 2700<br>Denver, CO 8020<br>desipiora@townsend.com<br>ilsaffer@townsend.com |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br><br>Joel M. Freed<br>Brian E. Ferguson<br>Michael W. Connelly<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, DC 20005-3096<br>(202) 756-8327<br><br>Edwin H. Wheeler<br>McDermott Will & Emery LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>(650) 813-5000<br><br>Dated: August 17, 2007<br>813303 | By: /s/ Philip A. Rovner<br>    Richard L. Horwitz (#2246)<br>    Philip A. Rovner (#3215)<br>    David E. Moore (#3983)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, Delaware 19899<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    provner@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*CIF Licensing, LLC, d/b/a*<br>*GE Licensing* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 17, 2007, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on August 17, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com