IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>        Plaintiff,<br><br>   v.<br><br>AGERE SYSTEMS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-170-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel for Defendant Agere Systems Inc. hereby certifies that on September 5, 2007, true and correct copies of Defendant Agere Systems Inc.'s Rule 26(a)(1) Initial Disclosures were caused to be served upon the following counsel of record as indicated:

### BY HAND DELIVERY

    Richard L. Horwitz, Esquire
    Philip A. Rovner, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP
    1313 N. Market Street
    Wilmington, DE 19801

### BY E-MAIL

    Joel E. Freed, Esquire
    Brian E. Ferguson, Esquire
    Mark A. Davis, Esquire
    D. Sean Trainor, Esquire
    McDermott Will & Emery LLP
    600 13th Street, N.W.
    Washington, DC 20005

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304

PLEASE TAKE FURTHER NOTICE that on September 5, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel listed below by e-mail:

Joel E. Freed, Esquire
Brian E. Ferguson, Esquire
Mark A. Davis, Esquire
D. Sean Trainor, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

_____
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600
cstover@ycst.com

*Attorneys for Defendant Agere Systems Inc.*

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: September 5, 2007