

## Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

September 11, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

> Re:    CIF Licensing, LC, d/b/a GE Licensing v. Agere Systems Inc.
>        D. Del., C.A. No. 07-170-JJF

Dear Judge Farnan:

Based on the directives Your Honor provided at the August 1 scheduling conference in the above-referenced matter, the parties have reached agreement on a number of previously contested issues. However, as indicated in the proposed order, the parties have been unable to agree on two discrete areas regarding the schedule for discovery and briefing with respect to Agere's license defense. Accordingly, the proposed order contains the parties' competing views with respect to paragraphs 3(a) and 6.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

Philip A. Rovner
provner@potteranderson.com

PAR/mes/818149
Enc.
cc: John W. Shaw, Esq. – By E-File and E-mail
    David E. Sipiora, Esq. – By –E-mail
    Brian E. Ferguson, Esq. – By E-mail