IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AGERE SYSTEMS INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 07-170-JJF<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel for Defendant Agere Systems Inc. hereby certifies that on September 17, 2007, Townsend and Townsend and Crew, LLP, 1200 17th Street, Suite 2700, Denver, Colorado 80202 caused true and correct copies of (1) Defendant Agere Systems Inc.'s Responses to Plaintiff CIF Licensing, LLC's Second Set of Requests for Production of Documents and Tangible Things (Nos. 36-44), (2) Defendant Agere Systems Inc.'s Answers to Plaintiff CIF Licensing, LLC's Second Set of Interrogatories (Nos. 31-42), (3) Defendant Agere Systems Inc.'s Answers to Plaintiff CIF Licensing, LLC's First Set of Interrogatories (Nos. 1-30), and (4) Defendant Agere Systems Inc.'s Responses to Plaintiff CIF Licensing, LLC's First Set of Requests for Production of Documents and Tangible Things (Nos. 1-35) to be served upon the following counsel of record as indicated:

**BY U.S. MAIL**

    Richard L. Horwitz, Esquire
    Philip A. Rovner, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP
    1313 N. Market Street
    Wilmington, DE 19801

    Joel E. Freed, Esquire
    Brian E. Ferguson, Esquire
    D. Sean Trainor
    McDermott Will & Emery LLP
    600 13th Street, N.W.
    Washington, DC 20005

    Edwin H. Wheeler, Esquire
    McDermott Will & Emery LLP
    3150 Porter Drive
    Palo Alto, CA 94304

    PLEASE TAKE FURTHER NOTICE that on September 18, 2007 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Richard L. Horwitz, Esquire
    Philip A. Rovner, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP
    1313 N. Market Street
    Wilmington, DE 19801

    Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

    Joel E. Freed, Esquire
    Brian E. Ferguson, Esquire
    D. Sean Trainor
    McDermott Will & Emery LLP
    600 13th Street, N.W.
    Washington, DC 20005

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600
cstover@ycst.com

Attorneys for Defendant Agere Systems Inc.

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: September 18, 2007