IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>          Plaintiff,<br><br>     v.<br><br>AGERE SYSTEMS INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-170-JJF<br>)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 11, 2007, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF CIF LICENSING, LLC d/b/a GE LICENSING'S RESPONSES TO DEFENDANT AGERE SYSTEMS INC.'S SECOND SET OF INTERROGATORIES TO PLAINTIFF [NO. 17]

| **BY HAND DELIVERY AND E-MAIL** | **BY E-MAIL** |
|---|---|
| Josy W. Ingersoll, Esq.<br>John W. Shaw, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>jingersoll@ycst.com<br>jshaw@ycst.com | David E. Sipiora, Esq.<br>Ian L. Saffer, Esq.<br>Townsend and Townsend and Crew LLP<br>1200 17th Street, Suite 2700<br>Denver, CO 8020<br>desipiora@townsend.com<br>ilsaffer@townsend.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joel M. Freed
Brian E. Ferguson
Michael W. Connelly
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000

Edwin H. Wheeler
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Dated: October 11, 2007
824710

By: /s/ Philip A. Rovner
    Richard L. Horwitz (#2246)
    Philip A. Rovner (#3215)
    David E. Moore (#3983)
    Hercules Plaza
    P. O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    provner@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff*
*CIF Licensing, LLC, d/b/a*
*GE Licensing*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on October 11, 2007, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Chad S. C. Stover, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on October 11, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Chad E. King, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
ceking@townsend.com
rdphillips@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com