IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>       Plaintiff,<br><br>    v.<br><br>AGERE SYSTEMS INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO COMPEL DISCOVERY

Defendant, Agere Systems Inc. ("Agere") respectfully moves the Court, pursuant to Fed. R. Civ. P. 37(a), to compel discovery from Plaintiff CIF Licensing LLC, d/b/a GE Licensing. A proposed form of Order is attached hereto. The grounds for this motion are set forth in Defendant's Opening Brief In Support of its Motion to Compel Discovery.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
jshaw@ycst.com
Chad S.C. Stover (No. 4919)
cstover@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600

*Attorneys for Defendant Agere Systems Inc.*

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: October 12, 2007

Case 1:07-cv-00170-JJF    Document 35    Filed 10/12/2007    Page 3 of 4


## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, Esquire, hereby certify that on October 12, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Philip A. Rovner, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

I further certify that on October 12, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Joel E. Freed, Esquire
>Brian E. Ferguson, Esquire
>Mark A. Davis, Esquire
>D. Sean Trainor
>McDermott Will & Emery LLP
>600 13th Street, N.W.
>Washington, DC  20005
>jfreed@mwe.com
>bferguson@mwe.com
>madavis@mwe.com
>dtrainor@mwe.com

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
mwheeler@mwe.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Chad S.C. Stover (No. 4919)
cstover@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Agere Systems Inc.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING, | )<br>)<br>) | |
| Plaintiff, | )<br>) | C.A. No. 07-170 (JJF) |
| v. | )<br>) | |
| AGERE SYSTEMS INC., | )<br>) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:

| | |
|---|---|
| Philip A. Rovner<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Tel: 302 984-6000<br>Fax: 302-658-1192<br>Email: provner@potteranderson.com<br>Email: rhorwitz@potteranderson.com<br>Email: dmoore@potteranderson.com |
| Joel M. Freed<br>Brian E. Ferguson<br>D. Sean Trainor<br>Michael W. Connelly<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096 | Tel: 202 756 8327<br>Fax: 202-756-8087<br>Email: jfreed@mwe.com<br>Email: bferguson@mwe.com<br>Email: mconnelly@mwe.com<br>Email: GE @mwe.com |
| Edwin H. Wheeler<br>McDermott Will & Emery LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212 | Tel: 650-813-5000<br>Fax: 650-813-5100<br>Email: ewheeler@mwe.com |

PLEASE TAKE NOTICE that Defendant, Agere Systems Inc. ("Agere"), will present Defendant's Motion to Compel Discovery to the Court on Friday, November 9, 2007 at a time that is convenient to the Court.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
jshaw@ycst.com
Chad S.C. Stover (No. 4919)
cstover@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600

*Attorneys for Defendant Agere Systems Inc.*

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: October 12, 2007

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>      Plaintiff,<br><br>      v.<br><br>AGERE SYSTEMS INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-170-JJF<br>)<br>)<br>)<br>)<br>) |

### RULE 7.1.1 STATEMENT

Pursuant to 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for Agere Systems, Inc. ("Agere") has made a reasonable effort to reach agreement with counsel for CIF Licensing, LLC, d/b/a GE Licensing ("GE") on the matters set forth in Agere's Motion to Compel Discovery, and that the parties have not been able to reach agreement.

                                        YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                        /s/ Chad S.C. Stover

OF COUNSEL:                        Chad S.C. Stover (No. 4919)
David E. Sipiora                     The Brandywine Building
Ian L. Saffer                            1000 West Street, 17th Floor
Chad E. King                         Wilmington, DE 19899-0391
TOWNSEND AND TOWNSEND    302-571-6600
AND CREW, LLP                  cstover@ycst.com
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000                         *Attorneys for Defendant Agere Systems Inc.*

Dated: October 12, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>      Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>)<br>) |

### ORDER

WHEREAS, Defendant, Agere Systems Inc. ("Agere") has filed a Motion to Compel Discovery; and the Court having considered the respective papers submitted by Defendant and Plaintiff, CIF Licensing LLC, d/b/a GE Licensing ("CIF"), in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

NOW THEREFORE, IT IS HEREBY ORDERED that CIF immediately:

1. Provide complete and responsive answers to Agere's Interrogatory Nos.1-4,

2. Provide documents requested in Agere's Document Request Nos. 3-7, and provide documents relied upon in answering Agere's Interrogatory Nos. 1-4 pursuant to Agere's Interrogatory No. 68.

DATED: _____ _____, 2007        _____
                                       UNITED STATES DISTRICT JUDGE