IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a GE LICENSING, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-170 (JJF) |
| AGERE SYSTEMS INC., | ) ) ) | |
| Defendant. | ) ) | |

### PLAINTIFF CIF LICENSING, LLC d/b/a GE LICENSING'S MOTION TO COMPEL DISCOVERY FROM DEFENDANT AGERE SYSTEMS, INC.

CIF Licensing, LLC respectfully moves the Court, pursuant to Fed. R. Civ. P. 26 and 37, to compel Agere Systems, Inc. immediately to: (i) supplement responses to at least GE Licensing's interrogatory nos. 1-13, 16, 17, 19-28, 30, and 40-42 in view of the amended definition of Agere Products provided by GE Licensing; and (ii) to the extent not included in last weeks production, produce all documents requested in GE Licensing's request for production nos. 1-14, 16, 18, 19, 23-25, 30-32, 36, 39, 40, 43 and 44 in view of the amended definition of Agere Products provided by GE Licensing. A proposed form of Order is attached hereto. The grounds for this motion are set forth in GE Licensing's Memorandum in Support of Motion To Compel Discovery.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joel M. Freed
Brian E. Ferguson
Michael W. Connelly
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000

Edwin H. Wheeler
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Dated: December 19, 2007
838764

By: /s/ Philip A. Rovner
   Richard L. Horwitz (#2246)
   Philip A. Rovner (#3215)
   David E. Moore (#3983)
   Hercules Plaza
   P. O. Box 951
   Wilmington, Delaware 19899
   (302) 984-6000
   rhorwitz@potteranderson.com
   provner@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Plaintiff*
*CIF Licensing, LLC, d/b/a*
*GE Licensing*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on December 19, 2007, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Chad S. C. Stover, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on December 19, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Chad E. King, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
ceking@townsend.com
rdphillips@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>        Plaintiff,<br><br>   v.<br><br>AGERE SYSTEMS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION TO COMPEL DISCOVERY

PLEASE TAKE NOTICE that Plaintiff CIF Licensing, LLC d/b/a GE Licensing will present Plaintiff's Motion to Compel Discovery to the Court on Friday, January 18, 2008 at 10:00 a.m.

                                   POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joel M. Freed
Brian E. Ferguson
Michael W. Connelly
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8327

Edwin H. Wheeler
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Dated: December 19, 2007
838455

By: /s/ Philip A. Rovner
    Richard L. Horwitz (#2246)
    Philip A. Rovner (#3215)
    David E. Moore (#3983)
    Hercules Plaza
    P. O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    provner@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff*
*CIF Licensing, LLC, d/b/a*
*GE Licensing*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>    Plaintiff,<br><br>    v.<br><br>AGERE SYSTEMS INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-170 (JJF) |

### RULE 7.1.1 STATEMENT

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for CIF Licensing, LLC has made reasonable effort to reach agreement with counsel for Agere Systems, Inc. on the matters set forth in GE Licensing's Motion to Compel Discovery, and that Agere has elected to not respond to these efforts.

                                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joel M. Freed
Brian E. Ferguson
Michael W. Connelly
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000

Edwin H. Wheeler
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Dated: December 19, 2007
838773

By: /s/ Philip A. Rovner
Richard L. Horwitz (#2246)
Philip A. Rovner (#3215)
David E. Moore (#3983)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
rhorwitz@potteranderson.com
provner@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*CIF Licensing, LLC, d/b/a*
*GE Licensing*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-170 (JJF) |

## ORDER

WHEREAS, Plaintiff, CIF Licensing, LLC ("GE Licensing") has filed a Motion to Compel Discovery; and the Court having considered the respective papers submitted by Plaintiff and Defendant, Agere Systems, Inc. ("Agere"), in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

NOW THEREFORE, IT IS HEREBY ORDERED that Agere immediately:

1. Supplement responses to at least GE Licensing's interrogatory nos. 1-13, 16, 17, 19-28, 30, and 40-42 in view of the amended definition of Agere Products provided by GE Licensing; and

2. To the extent not included in last weeks production, produce all documents requested in GE Licensing's request for production nos. 1-14, 16, 18, 19, 23-25, 30-32, 36, 39, 40, 43 and 44 in view of the amended definition of Agere Products provided by GE Licensing.

Dated: _____ _____, 2007            _____
                                          UNITED STATES DISTRICT JUDGE