IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>       Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-170-JJF<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel for Defendant Agere Systems Inc. hereby certifies that on January 16, 2008, true and correct copies of Defendant Agere Systems Inc.'s Supplemental Answers to Plaintiff CIF Licensing, LLC's Interrogatories (Nos. 1-11, 13, 16, 17, 20, 21, 26-28, 30, and 40-42) were caused to be served upon the following counsel of record as indicated:

### BY HAND DELIVERY and E-MAIL

    Richard L. Horwitz, Esquire
    Philip A. Rovner, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801

### BY E-MAIL

    Joel E. Freed, Esquire
    Brian E. Ferguson, Esquire
    D. Sean Trainor
    McDermott Will & Emery LLP
    600 13th Street, N.W.
    Washington, DC  20005-3096

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

PLEASE TAKE FURTHER NOTICE that on January 16, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

Joel E. Freed, Esquire
Brian E. Ferguson, Esquire
D. Sean Trainor
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600
cstover@ycst.com

Attorneys for Defendant Agere Systems Inc.

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: January 16, 2008