IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIF LICENSING, LLC, d/b/a          )
GE LICENSING,                      )
                                   )
                  Plaintiff,       )
                                   )
       v.                          )          C.A. No. 07-170-JJF
                                   )
AGERE SYSTEMS INC.,                )
                                   )
                  Defendant.       )

## **STIPULATION**

WHEREAS, Agere Systems Inc. ("Agere") seeks to amend its Answer (D.I. 9) to add the affirmative defense of patent exhaustion;

WHEREAS, Agere's position is that Agere is entitled to amend its Answer as of right pursuant to Federal Rule of Civil Procedure 15(a)(2) where CIF consents to such amendment in writing; and

WHEREAS, in return for such consent, CIF Licensing, LLC ("CIF") seeks to have Agere promptly respond to certain discovery requests related to this new affirmative defense.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1.      Subject to paragraph 2 below, CIF hereby grants its written consent, pursuant to Federal Rule of Civil Procedure 15(a)(2), to Agere's Amended Answer, to be filed forthwith.

2.      By January 31, 2008, Agere will answer the following Interrogatory and respond to the following Request for Production by producing all responsive documents, subject

058626.1006

for good cause shown to a right to timely supplement pursuant to Federal Rule of Civil

Procedure 26(e):

> Interrogatory No. 43:   Identify in detail all facts that support Agere's defense of
> "patent exhaustion" and identify any documents that Agere claims support that
> defense and, to the extent those documents constitute license or sale agreements,
> the portions of such documents that support this defense.

> Request For Production No. 45:   All documents, including without limitation e-
> mails and other communications, referring, relating to or supporting Agere's
> affirmative defense of "patent exhaustion."

POTTER ANDERSON & CORROON LLP

_/s/ Philip A. Rovner_
Richard L. Horwitz (No. 2246)
rhorwitz@potteranderson.com
Philip A. Rovner (No. 3215)
provner@potteranderson.com
David E. Moore (No. 3983)
dmoore@potteranderson.com
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6140

- and -

Joel E. Freed, Esquire
Brian E. Ferguson, Esquire
Mark A. Davis, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94304

_Attorneys for CIF Licensing, LLC_

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Chad S.C. Stover (No. 4919)
cstover@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

- and -

David E. Sipiora
Ian L. Saffer
Chad E. King
Townsend and Townsend and Crew, LLP
1200 Seventeenth Street, Suite 2700
Denver, Colorado 80202-5827
303-571-4000

_Attorneys for Agere Systems Inc._

2