IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AGERE SYSTEMS INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff CIF Licensing, LLC ("GE Licensing") and Defendant Agere Systems, Inc. ("Agere") desire additional time to respond to certain discovery requests.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

The January 31, 2008 deadline set forth in Section 3(a) of the Scheduling Order (D.I. 32) for the completion of certain fact discovery is extended to February 8, 2008. Additionally, the discovery deadlines in the parties' Stipulations (D.I. 49 and 50) previously set for January 31, 2008 are also extended to February 8, 2008.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>　　Richard L. Horwitz (No. 2246)<br>　　rhorwitz@potteranderson.com<br>　　Philip A. Rovner (No. 3215)<br>　　provner@potteranderson.com<br>　　David E. Moore (No. 3983)<br>　　dmoore@potteranderson.com<br>　　P.O. Box 951<br>　　Wilmington, DE 19899<br>　　(302) 984-6000 | By: /s/ Chad S. C. Stover<br>　　Josy W. Ingersoll (No. 1088)<br>　　jingersoll@ycst.com<br>　　John W. Shaw (No. 3362)<br>　　jshaw@ycst.com<br>　　Chad S.C. Stover (No. 4919)<br>　　cstover@ycst.com<br>　　The Brandywine Building<br>　　1000 West Street, 17th Floor<br>　　Wilmington, Delaware 19801<br>　　(302) 571-6600 |

| | |
|---|---|
| - and - | - and - |
| Joel E. Freed<br>Brian E. Ferguson<br>Mark A. Davis<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, DC  20005 | David E. Sipiora<br>Ian L. Saffer<br>Chad E. King<br>Townsend and Townsend and Crew, LLP<br>1200 Seventeenth Street, Suite 2700<br>Denver, Colorado 80202-5827<br>303-571-4000 |
| Edwin H. Wheeler<br>McDermott Will & Emery LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304 | *Attorneys for Agere Systems Inc.* |
| *Attorneys for CIF Licensing, LLC* | |

SO ORDERED this ___ day of _____, 2008.

_____
United States District Judge

845661