IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>    Plaintiff,<br><br>    v.<br><br>AGERE SYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-170-JJF<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER**

Defendant Agere Systems, Inc. ("Agere") respectfully moves the Court, pursuant to Fed. R. Civ. P. 16(b)(4) and D. Del. LR 16.4, for an extension of the deadline for the Parties to exchange and complete interrogatories, identification of fact witnesses and document production for the limited purpose of allowing Plaintiff CIF Licensing LLC, d/b/a GE Licensing, sufficient time to answer Agere's Interrogatory No. 18 and respond to Agere's Request for Production No. 70, both of which were served on January 23, 2008. A proposed form of Order is attached hereto. The grounds for this motion are set forth in Defendant's Opening Brief in Support of its Motion to Amend Scheduling Order.

                    YOUNG, CONAWAY, STARGATT & TAYLOR LLP

                    /s/ Josy W. Ingersoll

                    Josy W. Ingersoll (No. 1088)
                    John W. Shaw (No. 3362)
                    Chad S.C. Stover (No. 4919)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, DE 19899-0391
                    (302) 571-6600
                    cstover@ycst.com

                    David E. Sipiora
                    Ian L. Saffer
                    Chad E. King
                    TOWNSEND AND TOWNSEND AND CREW, LLP
                    1200 17th Street, Suite 2700
                    Denver, CO 80202
                    (303) 571-4000

                    *Attorneys for Defendant Agere Systems, Inc.*

Dated: February 8, 2008

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, Esquire, hereby certify that on February 8, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Philip A. Rovner, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on February 8, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Joel E. Freed, Esquire
>Brian E. Ferguson, Esquire
>Mark A. Davis, Esquire
>D. Sean Trainor
>McDermott Will & Emery LLP
>600 13th Street, N.W.
>Washington, DC 20005
>jfreed@mwe.com
>bferguson@mwe.com
>madavis@mwe.com
>dtrainor@mwe.com

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
mwheeler@mwe.com


YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Chad S.C. Stover (No. 4919)
cstover@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Agere Systems Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>    Plaintiff,<br><br>  v.<br><br>AGERE SYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1.1 STATEMENT

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for Agere Systems, Inc. ("Agere") has made a reasonable effort to reach agreement with counsel for CIF Licensing, LLC, d/b/a GE Licensing ("CIF") on the matters set forth in Agere's Motion to Amend Scheduling Order, and that the parties have been unable to reach agreement.

              YOUNG, CONAWAY STARGATT & TAYLOR, LLP

              /s/ Chad S.C. Stover
              Chad S.C. Stover (No. 4919)

OF COUNSEL:
              cstover@ycst.com
              The Brandywine Building
David E. Sipiora          1000 West Street, 17th Floor
Ian L. Saffer           Wilmington, DE 19899-0391
Chad E. King          302-571-6600
TOWNSEND AND TOWNSEND
 AND CREW, LLP        *Attorneys for Defendant Agere Systems Inc.*
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: February 8, 2008

61277835 v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING LLC, d/b/a<br>GE LICENSING,<br><br>    Plaintiff,<br><br>    v.<br><br>AGERE SYSTEMS INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

WHEREAS, Defendant, Agere Systems Inc. ("Agere") has filed a Motion to Amend Scheduling Order and the Court having considered the respective papers submitted by Agere and Plaintiff, CIF Licensing LLC, d/b/a GE Licensing ("CIF"), in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

NOW THEREFORE, IT IS HEREBY ORDERED that written discovery between the Parties be extended for 14 days, until February 22, 2008, for the limited purpose of allowing CIF time to respond to Agere's Third Set of Interrogatories and Second Set of Requests for Documents and Things, served on January 23, 2008.

DATED: _____ _____, 2008        _____
                                                      UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>        Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF MOTION**

To:

    Philip A. Rovner          Tel: 302 984-6000
    Richard L. Horwitz         Fax: 302-658-1192
    David E. Moore          Email: provner@potteranderson.com
    Potter Anderson & Corroon, LLP     Email: rhorwitz@potteranderson.com
    1313 N. Market St.          Email: dmoore@potteranderson.com
    Hercules Plaza, 6th Floor
    P.O. Box 951
    Wilmington, DE 19899-0951

    Joel M. Freed           Tel: 202 756 8327
    Brian E. Ferguson         Fax: 202-756-8087
    D. Sean Trainor          Email: jfreed@mwe.com
    Michael W. Connelly        Email: bferguson@mwe.com
    McDermott Will & Emery LLP      Email: mconnelly@mwe.com
    60013th Street, N.W.         Email: GE @mwe.com
    Washington, D.C. 20005-3096

    Edwin H. Wheeler         Tel: 650-813-5000
    McDermott Will & Emery LLP      Fax: 650-813-5100
    3150 Porter Drive          Email: ewheeler@mwe.com
    Palo Alto, CA 94304-1212

2

PLEASE TAKE NOTICE that Defendant, Agere Systems Inc. ("Agere"), will present Defendant's MOTION TO AMEND SCHEDULING ORDER on Friday, March 7, 2008 at a time that is convenient to the Court.

YOUNG CONAWAY STARGATT & TAYLOR LLP

_____
John W. Shaw (No. 3362)
jshaw@ycst.com
Chad S.C. Stover (No. 4919)
cstover@ycst.com
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19899-0391
302-571-6600

*Attorneys for Defendant Agere Systems Inc.*

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND
AND CREW, LLP
1200 Seventeenth Street, Suite 2700
Denver, Colorado 80202-5827
303-571-4000

Dated: February 8, 2008

61277771 v1