IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>      Plaintiff,<br><br>   v.<br><br>AGERE SYSTEMS, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-170-JJF<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S WITHDRAWAL OF ITS**
**MOTION TO AMEND SCHEDULING ORDER**

    1.    Defendant Agere Systems, Inc. ("Agere") hereby withdraws its Motion to Amend Scheduling Order ("Motion") (D.I. 57) as moot, for the reasons stated herein.

    2.    Agere, in its Motion, sought an extension of the deadline for the parties to exchange and complete interrogatories, identification of fact witnesses and document production for the limited purpose of allowing Plaintiff CIF Licensing LLC, d/b/a GE Licensing ("GE Licensing") sufficient time to answer Agere's Interrogatory No. 18 and respond to Agere's Request for Production No. 70, both of which were served on January 23, 2008.

    3.    In its response to Agere's Motion, GE Licensing represented that it had "completed and filed its responses to Agere's interrogatory and document request at issue." (D.I. 60 at 1). Agere received the responses on February 27, 2008. Upon review of the interrogatory answer and document request response, Agere agrees that GE Licensing has answered and responded without asserting a timeliness objection, rendering the Motion moot.

WHEREFORE, Agere withdraws its Motion to Amend Scheduling Order as moot, and will meet and confer with GE Licensing to ensure the answer to Agere's Interrogatory No. 18 and response to Agere's Request for Production No. 70 are complete.

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

/s/ Jeff Castellano
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Chad S.C. Stover (No. 4919)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jcastellano@ycst.com
*Attorneys for Defendant Agere Systems, Inc.*

OF COUNSEL:
David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND
AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
(303) 571-4000

Dated: February 29, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on February 29, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Philip A. Rovner, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

I further certify that on February 29, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Joel E. Freed, Esquire
>Brian E. Ferguson, Esquire
>Mark A. Davis, Esquire
>D. Sean Trainor
>McDermott Will & Emery LLP
>600 13th Street, N.W.
>Washington, DC  20005
>jfreed@mwe.com
>bferguson@mwe.com
>madavis@mwe.com
>dtrainor@mwe.com

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
mwheeler@mwe.com

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/*

                Josy W. Ingersoll (No. 1088)
                jingersoll@ycst.com
                John W. Shaw (No. 3362)
                jshaw@ycst.com
                Chad S.C. Stover (No. 4919)
                cstover@ycst.com
                Jeffrey T. Castellano (No. 4837)
                jcastellano@ycst.com
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                (302) 571-6600

                Attorneys for Agere Systems Inc.

DB02:5897644.1      058626.1006