IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGERE SYSTEMS INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 07-170-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel for Defendant Agere Systems Inc. hereby certifies that on April 4, 2008, true and correct copies of Defendant's Notice to Conduct Rule 30(b)(6) Deposition of Plaintiff CIF Licensing, LLC, d/b/a GE Licensing were caused to be served upon the following counsel of record as indicated:

### BY U.S. FIRST CLASS MAIL and E-MAIL

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

>Joel E. Freed, Esquire
>Brian E. Ferguson, Esquire
>D. Sean Trainor
>McDermott Will & Emery LLP
>600 13th Street, N.W.
>Washington, DC 20005-3096
>
>Edwin H. Wheeler, Esquire
>McDermott Will & Emery LLP
>3150 Porter Drive
>Palo Alto, CA 94304-1212

PLEASE TAKE FURTHER NOTICE that on April 7, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Philip A. Rovner, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

>Joel E. Freed, Esquire
>Brian E. Ferguson, Esquire
>D. Sean Trainor
>McDermott Will & Emery LLP
>600 13th Street, N.W.
>Washington, DC 20005-3096

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

        YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

        _/s/_____
        Josy W. Ingersoll (No. 1088)
        jingersoll@ycst.com
        John W. Shaw (No. 3362)
        jshaw@ycst.com
        Jeffrey T. Castellano (No. 4837)
        jcastellano@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19899-0391
        302-571-6600

        Attorneys for Defendant Agere Systems Inc.

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: April 7, 2008