IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-170-JJF |
| v. | ) ) | |
| AGERE SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Chad S.C. Stover (No. 4919) withdraws from his

representation of Defendant Agere Systems, Inc.  Defendant continues to be represented in this

action by the law firm of Young Conaway Stargatt & Taylor, LLP.

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendant Agere Systems, Inc.*

Dated:  April 8, 2008

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, Esquire, hereby certify that on April 8, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Philip A. Rovner, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that on April 8, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Joel E. Freed, Esquire
> Brian E. Ferguson, Esquire
> Mark A. Davis, Esquire
> D. Sean Trainor
> McDermott Will & Emery LLP
> 600 13th Street, N.W.
> Washington, DC 20005
> jfreed@mwe.com
> bferguson@mwe.com
> madavis@mwe.com
> dtrainor@mwe.com

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
mwheeler@mwe.com


YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Chad S.C. Stover (No. 4919)

---

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Chad S.C. Stover (No. 4919)
cstover@ycst.com
Jeffrey T. Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Agere Systems Inc.

DB02:5897644.1                                            058626.1006