**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-170 (JJF) |

**SECOND NOTICE OF DEPOSITION OF DEFENDANT**
**AGERE SYSTEMS INC.**

Plaintiff CIF Licensing, LLC, d/b/a GE Licensing ("GE Licensing"), by and through its

undersigned counsel, hereby gives notice that it will take the deposition(s) by oral testimony of

Defendant Agere Systems Inc. ("Agere"), pursuant to Federal Rule of Civil Procedure 30(b)(6)

on the subjects identified in Attachment A. The deposition(s) will be held at a location in

Allentown, PA, in a location to be determined, on April 21, 2008, beginning at 9:00 AM, and

shall continue from day to day until completed. The deposition(s) will be conducted before an

officer, notary public, or other person duly authorized to administer oaths, and will be recorded

by stenographic, audio, video, and/or real-time transcription (*e.g.*, LiveNote) means. The

examination will be taken for the purposes of discovery, for use at trial in this action, and for any

purposes permitted under the Federal Rules of Civil Procedure. Definitions applicable to the

deposition topics follow.

Agere is reminded of its obligation to designate one or more officers, directors, managing

agents or other persons who consent to testify on its behalf concerning the matters identified in

Attachment A.

You are invited to attend and cross-examine.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: _____

Joel M. Freed
Brian E. Ferguson
Michael W. Connelly
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
(202) 756-8000

Edwin H. Wheeler
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Dated:  April 11, 2008
859944

Richard L. Horwitz (#2246)
Philip A. Rovner (#3215)
David E. Moore (#3983)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
rhorwitz@potteranderson.com
provner@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*CIF Licensing, LLC, d/b/a*
*GE Licensing*

## ATTACHMENT A

## I.    DEFINITIONS

1.    The terms "Agere," "You" or "Defendant" shall mean Defendant Agere Systems Inc., its

parents, subsidiaries, divisions, affiliates, predecessors or successors in interest, any joint venture

to which it is a party, or other affiliated entities, and each of its employees, agents, officers,

directors, representatives, consultants, accountants, and attorneys, including any person who

served in any such capacity at any time and including, without limitation, LSI Logic Corp.

2.    The terms "CIF Licensing, LLC," "GE Licensing" or "Plaintiff" shall refer to CIF

Licensing, LLC, its parents, subsidiaries, divisions, affiliates, predecessors or successors in

interest, any joint venture to which it is a party, or other affiliated entities, and each of its

employees, agents, officers, directors, representatives, consultants, accountants, and attorneys,

including any person who served in any such capacity at any time.

3.    The terms "and" and "or" shall be construed conjunctively or disjunctively as necessary

to make the deposition inclusive rather than exclusive.

4.    The terms "any" or "each" shall be construed to include and encompass "all."

5.    The term "date" means the exact day, month, and year, if ascertainable, or, if not, the best

approximation thereof.

6.    The terms "document" or "documents" are used in the broadest possible sense and

include, without limitation, all originals, copies, drafts, and recordings of any written,

typewritten, printed, graphic, electronic, digital or otherwise recorded matter, including forms of

information translatable or convertible into a reasonably usable form.  "Document" or

"documents" include, without limitation, the following items: electronic mail (e-mails); Microsoft PowerPoint slides and/or presentations; Microsoft Excel spreadsheets; Microsoft Word documents; agreements; communications, including intracompany communications; correspondence; letters; memoranda; records; books; summaries or handwritten notes or other records of personal conversations or interviews; diaries; laboratory notebooks; appointment books; manuscripts, either in final or draft form, whether complete or incomplete and whether published or not; grant or project proposals; forecasts; statistical statements; any and all forms of data; meeting abstracts; slides; graphs; charts; diagrams; maps; blueprints; tables; indices; pictures; audio or visual recordings; tapes; magnetic discs; printed cards; programming instructions; assembly diagrams; schematic diagrams; manuals; films; assay results and reports; charges; accounts; invoices; analytical records; reports, records or summaries of meetings or conferences; reports, records or summaries of consultants; reports, records or summaries of negotiations; brochures, pamphlets; circulars; trade letters; press releases; contracts; stenographic, handwritten or any other notes; projectable images, including transparent overheads or slides; any other document or writing or form of information convertible into a document, including information contained within or accessible by a computer or computer accessory and the underlying documents supporting computer entries.

7.     The terms "entity" or "entities" include natural persons, proprietorships, partnerships, firms, private corporations, public corporations, municipal corporations, governments (including foreign national governments, the government of the United States or any state or local government), all departments and agencies thereof, and any governmental agencies of any country, political subdivisions, groups, associations, or organizations.

8.     The term "identify," when used with respect to any natural person, means that the

following information shall be provided; the person's full name; last known home address; last known business address and telephone number; last known title or occupation; and last known employer.

9.  The term "identify," when used with respect to any legal entity, such as a corporation, company, or person other than a natural person, means that the following information shall be provided: the entity's name; the place of incorporation or organization; the principal place of business; and the nature of the business conducted by that legal entity.

10.  The terms "GE Patents," "patents-in-suit," or "patents-at-issue" shall refer to United States Patent No. 5,048,054 ("the '054 Patent"), United States Patent No. 5,428,641 ("the '641 Patent"), United States Patent No. 5,446,758 ("the '758 Patent"), and United States Patent No. 6,198,776 (the '776 Patent").

11.  "Agere Product(s)" shall mean any analog modem compliant with ITU-T recommendation V.34, V.90, V.92 (including any hardware modem, soft-modem or modem chip set product, component thereof, or product containing same), made or sold by Agere, including, but not limited to, SV92A1, SV92A2, SV92A3/MDC1.5 Soft Modem, SV92A4, SV92A5, SV92A35, SV92A36, Montblanc Family, SV92P, SV92PL, SV92P2, SV92PP/PCI Soft Modem, Olympia Family, SV92U2/USB 2.0 Soft Modem, SV92U3, SV92U4, SV92U5, SV92U6, SV92EX, CVxx family (including but not limited to CV92, CV92L, CV90L, CV34 and CV34L), HV92, OCM-34, OCM-90, OCM-92, OCM-92E, Apollo Family, Mars Family, Luna Family, L56DMS, L56DAS, L56DASI, L56LAS, L56LASI, L56xAFI, L56xL, L56xAF, L56xVS, L56RV, L56xMF, L56XT, LU97, CFAX34, CV92, CV92L, CV90L, CV34, CV34L, CFAX34, Venus Family, DSP1641, DSP1641B, DSP1641C, DSP1642C, DSP1643, DSP1644, DSP1645,

DSP1646, DSP1647, DSP1648, DSP1673/1673, DSP1675/1675, DSP1670/1670, DP2L34D,

DP2S, DP3, DP2L34D, DP2L34X, DP2SKGTV, DP2LV34D, DP2Vxx family (including but

not limited to DP2V34DX and DP2V90DX), DP3V34X, DPV34X, DPV34DX, DPV90DX,

APL43, PCI Controllerless Modem Family, 1648, DSP1648, DSP1648C, LU97, Scorpio,

CSP1037, CSP1037B, CSP1034x family (including but not limited to CSP1034C, CSP1034AH,

CSP1034S and CSP1034S-V11), CSP1035A, CSP1038, CSP1040, CSP1040A3, CSP1040A2,

DAA1040 and Agere Generic Modem Drivers for LTWinmodem and PCI based modems and

components.

12.  A document, thing, or communication "relating to" or "related to" a given subject means

all documents and things or communications that directly or indirectly constitute, contain,

embody, concern, evidence, show, comprise, reflect, identify, state, refer to, deal with, comment

on, respond to, describe, involve, mention, discuss, record, support, negate, or are in my way

pertinent to that subject.

13.  The use of word "the" shall not be construed as limiting the scope of any deposition.

14.  The terms "thing" or "things" refer to any tangible object other than a document as

defined herein, and includes objects of every kind and nature.

15.  Use of the singular is also to be taken to include the plural, and vice-versa.

## II.    **TOPICS OF DEPOSITION**

48.  The identification of all financial documents (including, but not limited to documents

reflecting past, present, and projected sales; profits; marketing; licensing; costs; and revenue) for

each and every Agere Product.

49. The location of, storage of, and retention policies for all financial documents (including, but not limited to documents reflecting past, present, and projected sales; profits; marketing; licensing; costs; and revenue) for each and every Agere Product.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 11, 2008, the within document

was filed with the Clerk of the Court using CM/ECF; that the document was served on the

following party as indicated; and that the document is available for viewing and downloading

from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on April 11, 2008 I have sent by E-mail the foregoing

document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Chad E. King, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
ceking@townsend.com
rdphillips@townsend.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com