IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING, | )<br>)<br>) | |
| Plaintiff, | )<br>)<br>) | |
| v. | ) | C.A. No. 07-170-JJF |
| AGERE SYSTEMS INC., | )<br>)<br>)<br>) | |
| Defendant. | ) | |

**DEFENDANT AGERE SYSTEMS INC.'S**
**SECOND MOTION TO COMPEL DISCOVERY**

Defendant Agere Systems Inc. respectfully moves the Court, pursuant to Fed. R. Civ. P. 37(a), to compel discovery from Plaintiff CIF Licensing LLC, d/b/a GE Licensing. A proposed form of Order is attached hereto. The grounds for this motion are set forth in Defendant's Opening Brief In Support of its Motion to Compel Discovery.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jeffrey T. Castellano

| OF COUNSEL | Josy W. Ingersoll (No. 1088) |
|---|---|
| David E. Sipiora | John W. Shaw (No. 3362) |
| Ian L. Saffer | Jeffrey T. Castellano (No. 4837) |
| Chad E. King | 1000 West Street, 17th Floor |
| TOWNSEND AND TOWNSEND | Wilmington, DE 19899-0391 |
| AND CREW LLP | (302) 571-6600 |
| 1200 17th Street, Suite 2700 | jcastellano@ycst.com |
| Denver, CO 80202 | |
| (303) 571-4000 | *Attorneys for Defendant Agere Systems Inc.* |

Dated: April 14, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on April 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Philip A. Rovner, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on April 14, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Joel E. Freed, Esquire
>Brian E. Ferguson, Esquire
>Mark A. Davis, Esquire
>D. Sean Trainor
>McDermott Will & Emery LLP
>600 13th Street, N.W.
>Washington, DC 20005
>jfreed@mwe.com
>bferguson@mwe.com
>madavis@mwe.com
>dtrainor@mwe.com

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
mwheeler@mwe.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ signature/*

---
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Jeffrey T. Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Agere Systems Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AGERE SYSTEMS INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-170-JJF<br>)<br>)<br>)<br>) |

### RULE 7.1.1 STATEMENT

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for District of Delaware, I hereby certify that counsel for Agere Systems, Inc. ("Agere") has made a reasonable effort to reach agreement with counsel for CIF Licensing, LLC, d/b/a/ GE Licensing ("GE") on the matters set forth in Agere's Second Motion to Compel Discovery, and that the parties have not been able to reach agreement.

　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Castellano
　　　　　　　　　　　　　　　　　_____

| OF COUNSEL | Josy W. Ingersoll (No. 1088) |
|---|---|
| David E. Sipiora | John W. Shaw (No. 3362) |
| Ian L. Saffer | Jeffrey T. Castellano (No. 4837) |
| Chad E. King | 1000 West Street, 17th Floor |
| TOWNSEND AND TOWNSEND | Wilmington, DE  19899-0391 |
| AND CREW LLP | (302) 571-6600 |
| 1200 17th Street, Suite 2700 | jcastellano@ycst.com |
| Denver, CO  80202 | |
| (303) 571-4000 | *Attorneys for Defendant Agere Systems Inc.* |

Dated: April 14, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 07-170-JJF |
| AGERE SYSTEMS INC., | )<br>)<br>) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, Defendant, Agere Systems Inc. ("Agere") has filed a Motion to Compel Discovery; and the Court having considered the respective papers submitted by Defendant and Plaintiff, CIF Licensing LLC, d/b/a GE Licensing ("CIF"), in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

NOW THEREFORE, IT IS HEREBY ORDERED that CIF immediately:

1. Provide complete and responsive answers to Agere's Interrogatory Nos.2 and 12,

2. Provide complete supplemental answers to Agere's Interrogatories Nos. 1, 3 and 17, including claim charts mapping the asserted claims to the accused Agere products.

DATED: _____ \_\_\_\_\_, 2008         _____
                                                                 UNITED STATES DISTRICT JUDGE