IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>       Plaintiff,<br><br>  v.<br><br>AGERE SYSTEMS INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-170-JJF<br>)<br>)<br>)<br>) |

## **NOTICE OF MOTION**

To:

| | |
|---|---|
| Richard A. Rovner<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington DE | Tel: 302 984-6000<br>Fax: 302 658-1192<br>Email: provner@potteranderson.com<br>Email: rhorwitz@potteranderson.com<br>Email: dmoore@potteranderson.com |
| Joel M. Freed<br>Brian E. Ferguson<br>D. Sean Trainor<br>Michael W. Connelly<br>McDermott Will & Emery LLP<br>600 13th Street N.W.<br>Washington D.C. 2005-3096 | Tel: 202 756-8327<br>Fax: 202 756-8087<br>Email: jfreed@mew.com<br>Email: bferguson@mwe.com<br>Email: mconnelly@mwe.com<br>Email: GE@mwe.com |
| Edwin H. Wheeler<br>McDermott Will & Emery LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212 | Tel: 650 813-5000<br>Fax: 650 813-5100<br>Email: ewheeler@mwe.com |

PLEASE TAKE NOTICE that Defendant Agere Systems Inc. ("Agere") will present its Second Motion to Compel Discovery to the Court on Friday, May 9th at 10:00 a.m. Agere states that it will file its reply brief for this Motion, if any, by noon on May 2, 2008, in compliance with the Court's standing order on non-dispositive motions.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ signature

OF COUNSEL
David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND
AND CREW LLP
1200 17th Street, Suite 2700
Denver, CO 80202
(303) 571-4000

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendant Agere Systems Inc.*

Dated: April 14, 2008

## **CERTIFICATE OF SERVICE**

I, Jeffrey T. Castellano, Esquire, hereby certify that on April 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Philip A. Rovner, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE  19801

I further certify that on April 14, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Joel E. Freed, Esquire
> Brian E. Ferguson, Esquire
> Mark A. Davis, Esquire
> D. Sean Trainor
> McDermott Will & Emery LLP
> 600 13th Street, N.W.
> Washington, DC  20005
> jfreed@mwe.com
> bferguson@mwe.com
> madavis@mwe.com
> dtrainor@mwe.com

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
mwheeler@mwe.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jeffrey T. Castellano*
_____
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Jeffrey T. Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Agere Systems Inc.

2