IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a GE LICENSING., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-170-JJF |
| AGERE SYSTEMS INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS the Rule 16 Scheduling Order in this case provides that opening claim construction briefs shall be served and filed on or before April 25, 2008 (D.I. 32 ¶ 7);

WHEREAS defendant Agere Systems Inc. needs additional time to complete its opening claim construction brief; and

WHEREAS the parties do not expect that an extension of the due date for opening claim construction briefs will require a change to the dates for responsive claim construction briefs or the Markman hearing date;

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that the date by which opening claim construction briefs shall be served and filed is extended to April 28, 2008.

| | |
|---|---|
| POTTER ANDERSON & CORROON, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Philip A. Rovner | /s/ [signature] |
| Richard L. Horwitz (No. 2246)<br>Philip A. Rovner (No. 3215)<br>David E. Moore (No. 3983)<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6140<br>rhorwitz@potteranderson.com<br>provner@potteranderson.com<br>dmoore@potteranderson.com | John W. Shaw (No. 3362)<br>Jeffrey T. Castellano (No. 4837)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>jshaw@ycst.com<br>jcastellano@ycst.com |
| *Attorneys for CIF Licensing, Inc.* | *Attorneys for Agere Systems Inc.* |

SO ORDERED this ____ day of April, 2008.

_____
United States District Judge