IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>       Plaintiff,<br><br>   v.<br><br>AGERE SYSTEMS INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-170-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 21, 2008 the undersigned counsel for Defendant Agere Systems Inc., served a true and correct copy of updated Exhibit 1 to Defendant Agere Systems Inc.'s Second Supplemental Answers to Plaintiff CIF Licensing, LLC's Interrogatories upon the following counsel of record in the manner indicated:

### E-MAIL

Michael W. Connelly, Esquire
Amanda E. Koenig, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

PLEASE TAKE FURTHER NOTICE that on April 24, 2008 the undersigned caused this Notice of Service to be served upon the following counsel of record in the manner indicated:

### CM/ECF, HAND DELIVERY, and E-MAIL

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

DB02:6564385.1

058626.1006

**CM/ECF and E-MAIL**

Michael W. Connelly, Esquire
Joel E. Freed, Esquire
Brian E. Ferguson, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

**E-MAIL**

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

      YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

      */s/ Jeffrey T. Castellano*
      _____
      Josy W. Ingersoll (No. 1088)
      jingersoll@ycst.com
      John W. Shaw (No. 3362)
      jshaw@ycst.com
      Jeffrey T. Castellano (No. 4837)
      jcastellano@ycst.com
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, DE 19899-0391
      302-571-6600

      Attorneys for Defendant Agere Systems Inc.

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: April 24, 2008