IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>    Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JOINT CLAIM CONSTRUCTION CHART**

CIF Licensing, LLC ("GE Licensing") and Defendant Agere Systems Inc. ("Agere") jointly submit their Final Joint Claim Construction Chart for the patents-in-suit:

- U.S. Patent No. 5,048,054 ("the '054 Patent");
- U.S. Patent No. 5,428,641 ("the '641 Patent");
- U.S. Patent No. 5,446,758 ("the '758 Patent"); and
- U.S. Patent No. 6,198,776 ("the '776 Patent").

After meeting and conferring several times, the parties reached agreement regarding the construction of terms found in the '054 Patent, '641 Patent, the '758 Patent and the '776 Patent. Exhibit A hereto sets forth those terms and the agreed-upon construction.

Exhibit B hereto sets forth the parties' proposed constructions of disputed claim terms.

Should the Court have any questions regarding the Chart, the parties will make themselves available at a time convenient for the Court.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>    Richard L. Horwitz (No. 2246)<br>    rhorwitz@potteranderson.com<br>    Philip A. Rovner (No. 3215)<br>    provner@potteranderson.com<br>    David E. Moore (No. 3983)<br>    dmoore@potteranderson.com<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000 | By: /s/ John W. Shaw<br>    Josy W. Ingersoll (No. 1088)<br>    jingersoll@ycst.com<br>    John W. Shaw (No. 3362)<br>    jshaw@ycst.com<br>    The Brandywine Building<br>    1000 West Street, 17th Floor<br>    Wilmington, Delaware 19801<br>    (302) 571-6600 |
| *Attorneys for Plaintiff*<br>*CIF Licensing, LLC d/b/a*<br>*GE Licensing* | *Attorneys for Defendant*<br>*Agere Systems Inc.* |
| OF COUNSEL:<br><br>Joel E. Freed<br>Brian E. Ferguson<br>Michael W. Connelly<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, DC 20005<br>(202) 756-8000<br><br>Edwin H. Wheeler<br>McDermott Will & Emery LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>(650) 813-5000 | OF COUNSEL:<br><br>David E. Sipiora<br>Ian L. Saffer<br>Chad E. King<br>Townsend and Townsend and Crew, LLP<br>1200 Seventeenth Street, Suite 2700<br>Denver, Colorado 80202-5827<br>303-571-4000 |

Dated: April 28, 2008

862075

# EXHIBIT A

**EXHIBIT A**

**Stipulated Construction of Terms for United States Patent No. 5,048,054**

| Terms from United States Patent No. 5,048,054 | Agreed Construction |
|---|---|
| Preamble to claims 1, 12 and 46 | The parties agree that the preamble to claims 1, 12 and 46 is not limiting. |

1

## Stipulated Construction of Terms for United States Patent No. 5,446,758

| Terms from United States Patent No. 5,446,758 | Agreed Construction |
|---|---|
| mapper | structure that associates an input to an output |
| mapping means | Function:<br><br>"mapping a digital data sequence into a signal point sequence u(D) such that a component $u_k$ of u(D) at a given time k is selected based in part on past components $\{y_{k-1}, y_{k-2}, \ldots\}$ of a channel output sequence y(D) = x(D)h(D) based on feedback information"<br><br>Structure:<br><br>Mapper 102 ('758 Patent, Figs. 1, 2, 3, 4).<br>Mapper 508 ('758 Patent, Fig. 5).<br>Mapping program unit 906 ('758 Patent, Fig. 9). |
| precoding means | Function:<br><br>"generating a signal point sequence x(D) according to x(D) = u(D)+d(D), wherein d(D) represents a nonzero difference between a selected non-zero sequence c(D) and a postcursor intersymbol interference (ISI) sequence p(D) substantially of a form p(D) = x(D)[h(D)-1], wherein c(D) is selected such that the channel output sequence y(D) is a code sequence in a trellis code C"<br><br>Structure: |

2

| Terms from United States Patent No. 5,446,758 | Agreed Construction |
|---|---|
| | Precoder 104 ('758 Patent, Figs. 1, 2).<br>Precoder 404 ('758 Patent, Fig. 4).<br>Precoder 510 ('758 Patent, Fig. 5).<br>Precoding program unit 908 ('758 Patent, Fig. 9). |

3

**Stipulated Construction of Terms for United States Patent No. 6,198,776**

| Terms from United States Patent No. 6,198,776 | Agreed Construction |
|---|---|
| mapping data bits to be transmitted to as a sequence of equivalent classes | mapping data bits to be transmitted to a sequence of equivalence classes |

WDC99 1557205-4.037743.0051

4

# EXHIBIT B

**EXHIBIT B**

**Proposed Construction For Disputed Terms
In United States Patent No. 5,048,054**

| Terms from United States Patent No. 5,048,054 | GE Licensing's Proposed Construction | Agere's Proposed Construction |
|---|---|---|
| receiver | Plain meaning. | a hardware device for accepting signals from a remote device |
| line probing processor | structure that processes a line probing signal | a hardware component that processes a line probing signal |
| selector | Plain meaning. | Invalid based on indefiniteness (35 U.S.C. § 112, ¶ 1); invalid based on lack of enablement (35 U.S.C. § 112, ¶ 2). |
| for selecting one of the plurality of frequency bands | Plain meaning. | for determining a frequency band to be used for receiving a modulated signal from the remote device, based upon the channel characteristics measured by the line probing processor |
| for selecting one of the plurality of bit rates | Plain meaning. | for determining a bit rate to be used for receiving a modulated signal from the remote device, based upon the channel characteristics measured by the line probing processor |

1

## Proposed Construction For Disputed Terms
## In United States Patent No. 5,428,641

| Terms from United States Patent No. 5,428,641 | GE Licensing's Proposed Construction | Agere's Proposed Construction |
|---|---|---|
| constellation | a finite set of points in a space | the set of $2^n$ multi-dimensional signal points used to represent a mapping frame of n input data bits |
| constellation switching | The preamble of claims 1 and 3 is not limiting.<br><br>If the preamble is found to be limiting, "constellation switching" means "a change between two constellations with different numbers of points" | using constellations with varying numbers of points for mapping multiple frames of data bits |
| can be | The preamble of claims 1 and 3 is not limiting.<br><br>If the preamble is found to be limiting, "can be" should be given its plain meaning. | are or must be. As used in the preamble, this term creates a required or limiting condition for the claim. Thus, the phrase "can be transmitted without constellation switching" must be read as "are transmitted without constellation switching." |
| frame selector | structure that can select the length of data in a frame | a hardware device for selecting a number of data bits to fill a frame. Frame selector does not include devices storing or executing software such as a central processing unit (CPU) or a digital signal processor (DSP) |

2

| Terms from United States Patent No. 5,428,641 | GE Licensing's Proposed Construction | Agere's Proposed Construction |
|---|---|---|
| zero insertion unit | structure that can insert a zero when required | a hardware device for adding a zero to a frame of data bits. Zero insertion unit does not include devices storing or executing software such as a central processing unit (CPU) or a digital signal processor (DSP) |
| signal constellation selector/mapper | structure that can select a signal constellation and can map frame bits onto constellation points | a hardware device for selecting a constellation and mapping frames of data bits to signal points or symbols in such constellation. Signal constellation selector/mapper does not include devices storing or executing software such as a central processing unit (CPU) or a digital signal processor (DSP) |
| operably coupled | whose input is derived from the output of another stage or structure | physically connected to allow inter-operation |

3

## Proposed Construction For Disputed Terms
## In United States Patent No. 6,198,776

| Terms from United States Patent No. 6,198,776 | GE Licensing's Proposed Construction | Agere's Proposed Construction |
|---|---|---|
| quantization device | a device that quantizes a signal | a device that converts a signal with a continuum of amplitudes to a set of discrete values, including linear, A-law, µ-law or any other analog to digital conversion |
| upstream PCM data transmission | The preamble of claim 30 is not limiting.<br><br>If the preamble is found to be limiting, "upstream PCM data transmission" means "transmission of analog levels in the direction from an analog PCM modem toward a central office" | transmission of pulse code modulated data to a digital modem |
| analog pulse code modulation (PCM) modem" | The preamble of claim 30 is not limiting.<br><br>If the preamble is found to be limiting, "Analog pulse code modulation (PCM) modem" means a client-side or end user modem connected to an analog phone line. | a modem that transmits pulse code modulated data over an analog line |

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on April 28, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on April 28, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Chad E. King, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
ceking@townsend.com
rdphillips@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com