IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a GE LICENSING, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-170-JJF |
| AGERE SYSTEMS INC., | ) ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ryan D. Phillips of Townsend and Townsend and Crew, LLP, 1200 17th Street, Suite 2700, Denver, Colorado 80202 to represent Defendant Agere Systems Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 for each attorney will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jcastellano@ycst.com
Attorneys for Defendant Agere Systems Inc.

## ORDER GRANTING MOTION

It is hereby ordered that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2008

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bars of the State of Colorado

and the United States District Court for the District of Colorado, and pursuant to Local Rule

83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs

in the preparation or course of this action. I also certify that I am generally familiar with this

Court's Local Rules. In accordance with Standing Order for District Court Fund effective

1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon

the filing of this motion.

Dated: May 8, 2007

Ryan D. Phillips
TOWNSEND & TOWNSEND & CREW, LLP
1200 Seventeenth Street
Suite 2700
Denver, CO 80202

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on May 8, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

I further certify that on May 8, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Joel E. Freed, Esquire
Brian E. Ferguson, Esquire
Mark A. Davis, Esquire
D. Sean Trainor
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
jfreed@mwe.com
bferguson@mwe.com
madavis@mwe.com
dtrainor@mwe.com

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94304
mwheeler@mwe.com


YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Jeffrey T. Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

Attorneys for Agere Systems Inc.

2