IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>        Plaintiff,<br><br>    v.<br><br>AGERE SYSTEMS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-170-JJF<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 13, 2008, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF CIF LICENSING, LLC'S FIFTH SET OF INTERROGATORIES TO DEFENDANT AGERE SYSTEMS, INC. (NOS. 76-88)

PLAINTIFF CIF LICENSING, LLC'S FOURTH SET OF REQUESTS TO DEFENDANT AGERE SYSTEMS INC. FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NO. 62)

| **BY HAND DELIVERY AND E-MAIL** | **BY E-MAIL** |
|---|---|
| Josy W. Ingersoll, Esq.<br>John W. Shaw, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>jingersoll@ycst.com<br>jshaw@ycst.com | David E. Sipiora, Esq.<br>Ian L. Saffer, Esq.<br>Chad E. King, Esq.<br>Ryan D. Phillips, Esq.<br>Townsend and Townsend and Crew LLP<br>1200 17th Street, Suite 2700<br>Denver, CO 8020<br>desipiora@townsend.com<br>ilsaffer@townsend.com<br>ceking@townsend.com<br>rdphillips@townsend.com |

                            POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joel M. Freed  
Brian E. Ferguson  
Michael W. Connelly  
McDermott Will & Emery LLP  
600 13th Street, N.W.  
Washington, DC 20005-3096  
(202) 756-8000  

Edwin H. Wheeler  
McDermott Will & Emery LLP  
3150 Porter Drive  
Palo Alto, CA 94304-1212  
(650) 813-5000  

Dated: May 13, 2008  
864443

By: /s/ Philip A. Rovner
    Richard L. Horwitz (#2246)  
    Philip A. Rovner (#3215)  
    David E. Moore (#3983)  
    Hercules Plaza  
    P. O. Box 951  
    Wilmington, Delaware 19899  
    (302) 984-6000  
    rhorwitz@potteranderson.com  
    provner@potteranderson.com  
    dmoore@potteranderson.com  

*Attorneys for Plaintiff*  
*CIF Licensing, LLC, d/b/a*  
*GE Licensing*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 13, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on May 13, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Chad E. King, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
ceking@townsend.com
rdphillips@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com