IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>    Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION OF JIANQIANG XIN

Plaintiff CIF Licensing, LLC, d/b/a GE Licensing ("GE Licensing"), by and through its undersigned counsel, hereby gives notice that it will take the deposition(s) by oral testimony of Jianqiang Xin, pursuant to Federal Rule of Civil Procedure 30(b)(1). The deposition(s) will be held at:

> The Hotel Bethlehem
> 437 Main St.
> Bethlehem, PA 18018

on May 30, 2008, beginning at 9:00 AM, or at some other such date, time, and place as mutually agreed upon by counsel for the parties, and continue from day to day until completed.

The deposition(s) will be conducted before an officer, notary public, or other person duly authorized to administer oaths, and will be recorded by stenographic, audio, video, and/or real-time transcription (*e.g.*, LiveNote) means in accordance with Federal Rule of Civil Procedure

30(b). The examination will be taken for the purposes of discovery, for use at trial in this action, and for any purposes permitted under the Federal Rules of Civil Procedure.

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | By: /s/ |
| Joel M. Freed | Richard L. Horwitz (#2246) |
| Brian E. Ferguson | Philip A. Rovner (#3215) |
| Michael W. Connelly | David E. Moore (#3983) |
| McDermott Will & Emery LLP | Hercules Plaza |
| 600 13th Street, N.W. | P. O. Box 951 |
| Washington, DC 20005-3096 | Wilmington, Delaware 19899 |
| (202) 756-8000 | (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
| Edwin H. Wheeler | provner@potteranderson.com |
| McDermott Will & Emery LLP | dmoore@potteranderson.com |
| 3150 Porter Drive |  |
| Palo Alto, CA 94304-1212 | *Attorneys for Plaintiff* |
| (650) 813-5000 | *CIF Licensing, LLC, d/b/a* |
|  | *GE Licensing* |
| Dated: May 21, 2008 |  |
| 865599 |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on May 21, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on May 21, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Chad E. King, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
ceking@townsend.com
rdphillips@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com