IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a GE LICENSING., <br><br> Plaintiff, <br><br> v. <br><br> AGERE SYSTEMS INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-170-JJF |

**STIPULATION AND PROPOSED ORDER**

WHEREAS the Court issued a Memorandum Order on May 9, 2008 pursuant to which the parties were ordered to meet and confer regarding their discovery obligations and to submit a joint letter depicting the issues on which they were unable to reach agreement within 10 days of the Order (D.I. 104 at 4-5);

WHEREAS despite meeting and conferring according to the Court's order, the parties have not been able to reach agreement on their discovery obligations; and

WHEREAS the parties will not be ready to submit the required joint letter until Tuesday, May 27, 2008;

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that the date by which the joint letter outlining discovery disputes must be filed is extended to May 27, 2008.

| POTTER ANDERSON & CORROON, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Philip A. Rovner | [signature] |
| Richard L. Horwitz (No. 2246) | John W. Shaw (No. 3362) |
| Philip A. Rovner (No. 3215) | Jeffrey T. Castellano (No. 4837) |
| David E. Moore (No. 3983) | The Brandywine Building |
| 1313 N. Market Street | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 571-6600 |
| rhorwitz@potteranderson.com | jshaw@ycst.com |
| provner@potteranderson.com | jcastellano@ycst.com |
| dmoore@potteranderson.com | |
| | *Attorneys for Agere Systems Inc.* |
| *Attorneys for CIF Licensing, Inc.* | |

SO ORDERED this ____ day of May, 2008.

_____
United States District Judge