IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>      Plaintiff,<br><br>  v.<br><br>AGERE SYSTEMS INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-170-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel for Defendant Agere Systems Inc. hereby certifies that on May 23, 2008, true and correct copies of (1) Defendant's Notice to Conduct Deposition of Vedat M. Eyuboglu, (2) Defendant's Notice to Conduct Deposition of Richard Misiag, and (3) Defendant's Notice to Conduct Rule 30(b)(6) Deposition of Plaintiff CIF Licensing, LLC, d/b/a GE Licensing were caused to be served upon the following counsel of record as indicated:

**BY U.S. FIRST CLASS MAIL and E-MAIL**

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

      Joel E. Freed, Esquire
      Michael W. Connelly, Esquire
      Brian E. Ferguson, Esquire
      D. Sean Trainor
      McDermott Will & Emery LLP
      600 13th Street, N.W.
      Washington, DC 20005-3096

      Edwin H. Wheeler, Esquire
      McDermott Will & Emery LLP
      3150 Porter Drive
      Palo Alto, CA 94304-1212

PLEASE TAKE FURTHER NOTICE that on May 27, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

      Richard L. Horwitz, Esquire
      Philip A. Rovner, Esquire
      David E. Moore, Esquire
      Potter Anderson & Corroon LLP
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

      Joel E. Freed, Esquire
      Brian E. Ferguson, Esquire
      D. Sean Trainor
      McDermott Will & Emery LLP
      600 13th Street, N.W.
      Washington, DC 20005-3096

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

        YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

        /s/ Jeffrey T. Castellano

        Josy W. Ingersoll (No. 1088)
        jingersoll@ycst.com
        John W. Shaw (No. 3362)
        jshaw@ycst.com
        Jeffrey T. Castellano (No. 4837)
        jcastellano@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19899-0391
        302-571-6600

        Attorneys for Defendant Agere Systems Inc.

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: May 27, 2008