IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a <br> GE LICENSING, <br> <br> Plaintiff, <br> <br> v. <br> <br> AGERE SYSTEMS INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 07-170-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned counsel for Defendant Agere Systems Inc. hereby certifies that on June 2, 2008, a true and correct copy of Defendant Agere Systems Inc.'s Rule 26(a)(1) Amended Initial Disclosures was caused to be served upon the following counsel of record as indicated:

**BY HAND DELIVERY and E-MAIL**

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

**BY E-MAIL**

Joel E. Freed, Esquire
Brian E. Ferguson, Esquire
D. Sean Trainor
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

PLEASE TAKE FURTHER NOTICE that on April 22, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

Joel E. Freed, Esquire
Brian E. Ferguson, Esquire
D. Sean Trainor
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _/s/ Josy W. Ingersoll_
        Josy W. Ingersoll (No. 1088)
        jingersoll@ycst.com
        John W. Shaw (No. 3362)
        jshaw@ycst.com
        Jeffrey T. Castellano (No. 4837)
        jcastellano@ycst.com
        1000 West Street, 17th Floor
        Wilmington, DE 19899-0391
        302-571-6600
        *Attorneys for Defendant Agere Systems Inc.*

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: June 2, 2008