**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a | ) | |
| GE LICENSING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-170 (JJF) |
| | ) | |
| AGERE SYSTEMS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**UPDATED FINAL JOINT CLAIM CONSTRUCTION CHART**

CIF Licensing, LLC ("GE Licensing") and Defendant Agere Systems Inc. ("Agere")
jointly submit their Updated Final Joint Claim Construction Chart for the patents-in-suit:

- U.S. Patent No. 5,048,054 ("the '054 Patent");

- U.S. Patent No. 5,428,641 ("the '641 Patent");

- U.S. Patent No. 5,446,758 ("the '758 Patent"); and

- U.S. Patent No. 6,198,776 ("the '776 Patent").

After meeting and conferring several times, the parties reached agreement regarding the
construction of all terms identified for construction in the '758 Patent and the '776 Patent and
certain terms identified for construction in the '054 Patent and the '641 Patent. Exhibit A hereto
sets forth those terms and the agreed-upon construction.

Exhibit B hereto sets forth the parties' proposed constructions of disputed and agreed
claim terms in the '054 Patent and the '641 Patent.

Should the Court have any questions regarding the Chart, the parties will make
themselves available at a time convenient for the Court.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Richard L. Horwitz (No. 2246)
    rhorwitz@potteranderson.com
    Philip A. Rovner (No. 3215)
    provner@potteranderson.com
    David E. Moore (No. 3983)
    dmoore@potteranderson.com
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000

*Attorneys for Plaintiff*
*CIF Licensing, LLC d/b/a*
*GE Licensing*

OF COUNSEL:

Joel E. Freed
Michael W. Connelly
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000

Edwin H. Wheeler
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 813-5000

Dated: June 6, 2008
868263

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: /s/ John W. Shaw
    Josy W. Ingersoll (No. 1088)
    jingersoll@ycst.com
    John W. Shaw (No. 3362)
    jshaw@ycst.com
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    (302) 571-6600

*Attorneys for Defendant*
*Agere Systems Inc.*

    OF COUNSEL:

    David E. Sipiora
    Ian L. Saffer
    Chad E. King
    Townsend and Townsend and Crew, LLP
    1200 Seventeenth Street, Suite 2700
    Denver, Colorado 80202-5827
    (303) 571-4000

# EXHIBIT A

# EXHIBIT A: Stipulated Construction of Claim Terms

## United States Patent No. 5,048,054

| Terms from United States Patent No. 5,048,054 | Agreed Construction |
|---|---|
| Preamble to claims 1, 12 and 46 | The parties agree that the preamble to claims 1, 12 and 46 is not limiting. |

1

**EXHIBIT A: Stipulated Construction of Claim Terms**

<u>United States Patent No. 5,446,758</u>

| Terms from United States Patent No. 5,446,758 | Agreed Construction |
|---|---|
| mapper | structure that associates an input to an output |
| mapping means | Function:<br><br>"mapping a digital data sequence into a signal point sequence u(D) such that a component $u_k$ of u(D) at a given time k is selected based in part on past components $\{y_{k-1}, y_{k-2}, \ldots\}$ of a channel output sequence $y(D) = x(D)h(D)$ based on feedback information"<br><br>Structure:<br><br>Mapper 102 ('758 Patent, Figs. 1, 2, 3, 4).<br>Mapper 508 ('758 Patent, Fig. 5).<br>Mapping program unit 906 ('758 Patent, Fig. 9). |
| precoding means | Function:<br><br>"generating a signal point sequence x(D) according to $x(D) = u(D)+d(D)$, wherein d(D) represents a nonzero difference between a selected non-zero sequence c(D) and a postcursor intersymbol interference (ISI) sequence p(D) substantially of a form $p(D) = x(D)[h(D)-1]$, wherein c(D) is selected such that the channel output sequence y(D) is a code sequence in a trellis code C"<br><br>Structure:<br><br>Precoder 104 ('758 Patent, Figs. 1, 2).<br>Precoder 404 ('758 Patent, Fig. 4).<br>Precoder 510 ('758 Patent, Fig. 5).<br>Precoding program unit 908 ('758 Patent, Fig. 9). |

# EXHIBIT A: Stipulated Construction of Claim Terms

## United States Patent No. 6,198,776

| Terms from United States Patent No. 6,198,776 | Agreed Construction |
|---|---|
| mapping data bits to be transmitted to as a sequence of equivalent classes | mapping data bits to be transmitted to a sequence of equivalence classes |
| quantization device | a device that converts a signal with a range of amplitudes to a set of discrete values |
| upstream PCM data transmission | The parties agree that the preamble to claim 30 is not limiting. |
| analog pulse code modulation (PCM) modem | The parties agree that the preamble to claim 30 is not limiting. |

WDC99 1575807-1.037743.0051

3

# EXHIBIT B

**EXHIBIT B**

**Proposed Construction For Disputed Terms
In United States Patent No. 5,048,054**

| Terms from United States Patent No. 5,048,054 | GE Licensing's Proposed Construction | Agere's Proposed Construction |
|---|---|---|
| receiver | Plain meaning (any structure capable of receiving an electrical signal). | a hardware device for accepting signals from a remote device |
| line probing processor | structure that processes a line probing signal | a hardware component that processes a line probing signal |
| selector | Plain meaning (any structure that runs a decision algorithm). | Invalid based on indefiniteness (35 U.S.C. § 112, ¶ 1); invalid based on lack of enablement (35 U.S.C. § 112, ¶ 2). |
| for selecting one of the plurality of frequency bands | Plain meaning (phrase cannot be beneficially broken down anymore). | for determining a frequency band to be used for receiving a modulated signal from the remote device, based upon the channel characteristics measured by the line probing processor |
| for selecting one of the plurality of bit rates | Plain meaning (phrase cannot be beneficially broken down anymore). | for determining a bit rate to be used for receiving a modulated signal from the remote device, based upon the channel characteristics measured by the line probing processor |

1

## Proposed Construction For Disputed Terms
## In United States Patent No. 5,428,641

| Terms from United States Patent No. 5,428,641 | GE Licensing's Proposed Construction | Agere's Proposed Construction |
|---|---|---|
| constellation | a finite set of points in a space | the set of $2^n$ multi-dimensional signal points used to represent a mapping frame of n input data bits |
| constellation switching | The preamble of claims 1, 3, 5, and 7 is not limiting.<br><br>If the preamble is found to be limiting, "constellation switching" means "a change between two constellations having different numbers of points" | using constellations with varying numbers of points for mapping multiple frames of data bits |
| can be | The preamble of claims 1 and 3 is not limiting.<br><br>If the preamble is found to be limiting, "can be" should be given its plain meaning. | are or must be. As used in the preamble, this term creates a required or limiting condition for the claim. Thus, the phrase "can be transmitted without constellation switching" must be read as "are transmitted without constellation switching." |
| frame selector | structure that can select the length of data in a frame | a hardware device for selecting a number of data bits to fill a frame. Frame selector does not include devices storing or executing software such as a central processing unit (CPU) or a digital signal processor (DSP) |

| Terms from United States Patent No. 5,428,641 | GE Licensing's Proposed Construction | Agere's Proposed Construction |
|---|---|---|
| zero insertion unit | structure that can insert a zero when required | a hardware device for adding a zero to a frame of data bits. Zero insertion unit does not include devices storing or executing software such as a central processing unit (CPU) or a digital signal processor (DSP) |
| signal constellation selector/mapper | structure that can select a signal constellation and can map frame bits onto constellation points | a hardware device for selecting a constellation and mapping frames of data bits to signal points or symbols in such constellation. Signal constellation selector/mapper does not include devices storing or executing software such as a central processing unit (CPU) or a digital signal processor (DSP) |
| operably coupled | whose input is derived from the output of another stage or structure | physically connected to allow inter-operation |

3

WDC99 1575805-1.037743.0051

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 6, 2008, the within document was

filed with the Clerk of the Court using CM/ECF; that the document was served on the following

party as indicated; and that the document is available for viewing and downloading from

CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on June 6, 2008 I have sent by E-mail the foregoing

document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Chad E. King, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
ceking@townsend.com
rdphillips@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com