

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

June 10, 2008

**BY HAND DELIVERY**

Ms. Deborah Krett
Case Manager
c/o The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

      Re: CIF Licensing, LLC, d/b/a GE Licensing v. Agere Systems Inc.
        D. Del., C.A. No. 07-170-JJF

Dear Ms. Krett:

  We represent plaintiff CIF Licensing, LLC d/b/a GE Licensing in the above-referenced matter.  Plaintiff is scheduled to appear at a Markman hearing in Courtroom 4B on Wednesday, June 11, 2008 at 10:00 a.m.  Plaintiff requests permission for Michael W. Connelly, Esq. and Amanda Koenig, Esq. of McDermott Will & Emery LLP to bring laptop computers to the hearing to assist in their presentation.  We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

           Very truly yours,

           /s/ Philip A. Rovner

           Philip A. Rovner
           provner@potteranderson.com

PAR/mes/867801
cc:  David Thomas, U.S. Marshal
   Keith Ash, Chief Court Security Officer