## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CIF LICENSING, LLC, d/b/a      )
GE LICENSING             )
                       )
        Plaintiff,      )
                       )
     v.               )     C.A. No. 07-170 (JJF)
                       )
AGERE SYSTEMS INC.,      )
                       )
        Defendant.     )

## ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal

Courthouse, for use in Courtroom 4B, two laptop computers for proceedings commencing on

June 11, 2008 at 10:00 a.m. and ending on the same day.

Counsel shall comply with the inspection provisions of the United States Marshal.

> Michael W. Connelly, Esq.
> Amanda Koenig, Esq.
> McDermott Will & Emery

Dated: _____      _____
                                       JOSEPH J. FARNAN, JR.
                                       United States District Judge