IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 07-170 (JJF) |
| AGERE SYSTEMS INC., | )<br>)<br>) | |
| Defendant. | ) | |

### ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers for proceedings commencing on June 11, 2008 at 10:00 a.m. and ending on the same day.

Counsel shall comply with the inspection provisions of the United States Marshal.

>Michael W. Connelly, Esq.
>Amanda Koenig, Esq.
>McDermott Will & Emery

Dated: June 10, 2008

JOSEPH J. FARNAN, JR.
United States District Judge