IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>      Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-170-JJF<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers for proceedings commencing on June 11, 2008 at 11 a.m. and ending on the same day.

Counsel shall comply with the inspection provisions of the United States Marshal.

        David E. Sipiora, Esq.
        Ryan D. Phillips, Esq.
        Townsend Townsend & Crew LLP

Date: June 10, 2008

                                  JOSEPH J. FARNAN, JR.
                                  United States District Court Judge