**THIS IS A SEALED DOCUMENT.**

**SEALED DOCUMENT**

**SEALED DOCUMENT**

**SEALED DOCUMENT**