IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a GE LICENSING, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-170-JJF |
| AGERE SYSTEMS INC., | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Agere Systems Inc. will present its Motion For A Protective Order to the Court on Friday, September 12 at 10:00 a.m.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jeff Castellano

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jcastellano@ycst.com

*Attorneys for Defendant Agere Systems Inc.*

OF COUNSEL
David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW LLP
1200 17th Street, Suite 2700
Denver, CO 80202
(303) 571-4000

Dated: June 25, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on June 25, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Philip A. Rovner, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on June 25, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following participants in the manner indicated:

**BY E-MAIL**

>Joel M. Freed, Esquire
>Brian E. Ferguson, Esquire
>Mark A. Davis, Esquire
>D. Sean Trainor, Esq.
>McDermott Will & Emery LLP
>600 13th Street, N.W.
>Washington, DC 20005
>jfreed@mwe.com
>bferguson@mwe.com
>madavis@mwe.com
>dtrainor@mwe.com

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
mwheeler@mwe.com

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Jeffrey T. Castellano*
        _____
        John W. Shaw (No. 3362)
        jshaw@ycst.com
        Jeffrey T. Castellano (No. 4837)
        jcastellano@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600

        *Attorneys for Agere Systems Inc.*