IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AGERE SYSTEMS INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 07-170 (JJF)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that, with the consent and approval of plaintiff CIF Licensing, LLC, d/b/a GE Licensing ("GE"), attorney Brian E. Ferguson, Esq., of McDermott Will & Emery LLP, 600 13th Street, NW, Washington, DC 20005, hereby withdraws his appearance as counsel for GE. All other attorneys involved in the case from McDermott Will & Emery LLP and Potter Anderson & Corroon LLP continue to represent GE.

　　　　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joel M. Freed
Michael W. Connelly
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000

Edwin H. Wheeler
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Dated: July 2, 2008
871765

　　　　　　　　　　By: _/s/_____
　　　　　　　　　　Richard L. Horwitz (#2246)
　　　　　　　　　　Philip A. Rovner (#3215)
　　　　　　　　　　David E. Moore (#3983)
　　　　　　　　　　Hercules Plaza
　　　　　　　　　　P. O. Box 951
　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　(302) 984-6000
　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　provner@potteranderson.com
　　　　　　　　　　dmoore@potteranderson.com

　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　*CIF Licensing, LLC, d/b/a*
　　　　　　　　　　*GE Licensing*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 2, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on July 2, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Chad E. King, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
ceking@townsend.com
rdphillips@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com