# THIS IS A SEALED DOCUMENT.

**THIS IS A SEALED DOCUMENT.**