IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIF LICENSING, LLC, d/b/a        :
GE LICENSING,                    :
                                 :
        Plaintiff,                :
                                 :
    v.                           :   Civil Action No. 07-170-JJF
                                 :
AGERE SYSTEMS INC.,              :
                                 :
        Defendants.               :

## ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that the disputed claims of United States Patent Nos. 5,048,054 (the "'054 patent") and 5,428,641 (the "'641 patent") are interpreted to mean:

| Patent | claim term | Court's construction |
|---|---|---|
| '054 | receiver | any structure capable of receiving an electrical signal |
| | line probing processor | structure that processes a line probing signal |
| | line probe processor | structure that processes a line probing signal |
| | selector | any structure that runs a decision algorithm |
| | for selecting one of the plurality of frequency bands | plain meaning |
| | for selecting one of the plurality of bit rates | plain meaning |

| '641 | constellation | a finite set of points selected from an N-dimensional space, where N can be any positive integer |
| --- | --- | --- |
| | preambles of claims 1,3,5, and 7 | The preambles are limiting. |
| | constellation switching | change between two constellations having different numbers of points |
| | can be | plain meaning (not mandatory) |
| | frame selector | structure that can select the length of data in a frame |
| | zero insertion unit | structure that can insert a zero when required |
| | signal constellation selector/mapper | structure that can select a signal constellation and can map frame bits onto constellation points |
| | operably coupled | whose input is derived from the output of another stage or structure |

July 10, 2008

_____
UNITED STATES DISTRICT JUDGE