IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGERE SYSTEMS INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 07-170-JJF<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 18, 2008, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF CIF LICENSING, LLC, d/b/a GE LICENSING'S FOURTH SUPPLEMENTAL RESPONSES TO DEFENDANT AGERE SYSTEMS INC.'S FIRST, SECOND AND THIRD SETS OF INTERROGATORIES TO PLAINTIFF NOS. 1-18

| **BY HAND DELIVERY AND E-MAIL** | **BY E-MAIL** |
|---|---|
| Josy W. Ingersoll, Esq.<br>John W. Shaw, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>jingersoll@ycst.com<br>jshaw@ycst.com | David E. Sipiora, Esq.<br>Ian L. Saffer, Esq.<br>Chad E. King, Esq.<br>Ryan D. Phillips, Esq.<br>Townsend and Townsend and Crew LLP<br>1200 17th Street, Suite 2700<br>Denver, CO 8020<br>desipiora@townsend.com<br>ilsaffer@townsend.com<br>ceking@townsend.com<br>rdphillips@townsend.com |

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: /s/ Philip A. Rovner |
| Joel M. Freed | Richard L. Horwitz (#2246) |
| Brian E. Ferguson | Philip A. Rovner (#3215) |
| Michael W. Connelly | David E. Moore (#3983) |
| McDermott Will & Emery LLP | Hercules Plaza |
| 600 13th Street, N.W. | P. O. Box 951 |
| Washington, DC  20005-3096 | Wilmington, Delaware 19899 |
| (202) 756-8000 | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | provner@potteranderson.com |
| Edwin H. Wheeler | dmoore@potteranderson.com |
| McDermott Will & Emery LLP | |
| 3150 Porter Drive | *Attorneys for Plaintiff* |
| Palo Alto, CA 94304-1212 | *CIF Licensing, LLC, d/b/a* |
| (650) 813-5000 | *GE Licensing* |

Dated:  July 18, 2008
874965

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 18, 2007, a true and correct copy of the within document was served on the following counsel of record at the addresses and in the manner indicated:

### BY HAND DELIVERY AND E-MAIL

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com
jshaw@ycst.com

### BY E-MAIL

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Chad E. King, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
ceking@townsend.com
rdphillips@townsend.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

874975