IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-170-JJF |
| v. | ) | |
| | ) | |
| AGERE SYSTEMS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT AGERE SYSTEMS INC.'S MOTION TO COMPEL DISCOVERY
FROM PLAINTIFF CIF LICENSING, LLC AND THIRD PARTY MOTOROLA, INC.**

Defendant Agere Systems Inc. respectfully moves the Court, pursuant to Fed. R. Civ. P.

37(a), to compel discovery from Plaintiff CIF Licensing LLC, d/b/a GE Licensing, and third-

party Motorola, Inc. A proposed form of order is attached hereto. The grounds for this motion

are set forth in Defendant's Opening Brief in Support of its Motion to Compel Discovery.

Respectfully Submitted,

OF COUNSEL

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND
AND CREW LLP
1200 17th Street, Suite 2700
Denver, Colorado 80202
(303) 571-4000

Dated: August 15, 2008

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jcastellano@ycst.com

*ATTORNEYS FOR AGERE SYSTEMS INC*

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on August 15, 2008, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Philip A. Rovner, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that on August 15, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following participants in the manner indicated:

### BY EMAIL

Richard L. Horowitz
Philip A. Rovner
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Tel: 302-984-6000
Fax: 302-658-1192
rhorowitz@potteranderson.com
provner@potteranderson.com
dmoore@potteranderson.com

Joel M. Freed
Brian E. Ferguson
D. Sean Trainor
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
jfreed@mwe.com
bferguson@mwe.com
dtrainor@mwe.com
Tel: 202-756-8327
Fax: 202-756-8087

Edwin H. Wheeler
McDermott Will & Emory LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-813-5000
Fax: 650-813-5100
mwheeler@mwe.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
jshaw@ycst.com
Jeffrey T. Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware, 19801
302-571-6600
*Attorneys for Defendant Agere Systems Inc.*

058626.1006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIF LICENSING, LLC, d/b/a
GE LICENSING,

        Plaintiff,

      v.

AGERE SYSTEMS INC.,

        Defendant.

C.A. No. 07-170-JJF

## RULE 7.1.1 STATEMENT

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for District of Delaware, I hereby certify that counsel for Agere Systems Inc. ("Agere") has made a reasonable effort to reach agreement with counsel for CIF Licensing, LLC, d/b/a GE Licensing and counsel for third party Motorola, Inc. on the matters set forth in Agere's Motion To Compel Discovery From Plaintiff CIF Licensing, LLC And Third Party Motorola, Inc., and that the parties have not been able to reach agreement.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

OF COUNSEL

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND
AND CREW LLP
1200 17th Street, Suite 2700
Denver, Colorado 80202
(303) 571-4000

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jcastellano@ycst.com

*ATTORNEYS FOR AGERE SYSTEMS INC*

Dated: August 15, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIF LICENSING, LLC, d/b/a            )
GE LICENSING,                        )
                                     )
            Plaintiff,               )
                                     )        C.A. No. 07-170 (JJF)
      v.                             )
                                     )
AGERE SYSTEMS INC.,                  )
                                     )
            Defendant.               )

**<u>ORDER</u>**

WHEREAS, Defendant Agere Systems Inc. ("Agere") has filed a Motion To Compel

Discovery From Plaintiff CIF Licensing, LLC And Third Party Motorola, Inc.; and the Court

having considered the respective papers submitted by Agere, Plaintiff CIF Licensing LLC, d/b/a

GE Licensing ("GE"), and third-party Motorola, Inc. ("Motorola"), if any, in support of, or in

opposition to, said motion; and the Court having considered oral argument of counsel for the

respective parties, if any; and the Court having considered the pleadings in this matter and the

current status of the case; and for other good cause having been shown;

NOW THEREFORE, IT IS HEREBY ORDERED that GE and third-party Motorola,

within five (5) calendar days of this Order:

1.  Produce complete and unredacted copies of those documents listed in Exhibit C to

    Agere's Opening Brief in Support of its Third Motion to Compel Discovery;

2.  Produce copies of all relevant, responsive documents that have been disclosed by GE

    to third-parties, including but not limited to Motorola, Inc., Standard & Poor's and

    Duff & Phelps, LLC, that previously been withheld as privileged;

3.  Produce copies of all relevant, responsive documents that have been disclosed by

Motorola to GE that previously been withheld as privileged; and

4.  Make available Gerry Haskett, Patrick Maurer, Richard Misiag, and Michael Stolarski to answer those deposition questions that these witnesses refused to answer on the basis of the common interest doctrine.

DATED: _____, 2008    _____

UNITED STATES DISTRICT JUDGE

61456663 v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a GE LICENSING, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-170-JJF |
| v. | ) ) | |
| AGERE SYSTEMS INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Agere Systems Inc. will present its Motion To

Compel Discovery From Plaintiff CIF Licensing, LLC And Third Party Motorola, Inc. to the

Court on Friday, September 12, 2008, at 10:00 a.m.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

OF COUNSEL

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND
AND CREW LLP
1200 17th Street, Suite 2700
Denver, Colorado 80202
(303) 571-4000

Dated: August 15, 2008

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jcastellano@ycst.com

*ATTORNEYS FOR AGERE SYSTEMS INC*