# Filed Under Seal

# Exhibits A-J Filed Under Seal