# HOWREY LLP

321 North Clark Street
Suite 3400
Chicago, IL 60610
www.howrey.com

**Michael Stolarski**
Partner
T 312.846.5644
F 312.277.7685
stolarskim@howrey.com

September 2, 2008

**VIA FEDERAL EXPRESS**

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Delaware 19801

Re:  CIF Licensing d/b/a GE Licensing v. Agere Systems Inc.
     Civil Action No. 07-170 (JJF)

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter, please find a copy of third party subpoena recipient, Motorola Inc.'s Response to Defendant, Agere Systems Inc.'s, Motion to Compel Discovery from GE Licensing and Motorola Inc.

Please do not hesitate to contact me should you have any questions regarding this matter.

Sincerely,

COUNSEL FOR MOTOROLA INC.

Michael Stolarski
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60654
312-846-5644
stolarskim@howrey.com

FILED
SEP - 3 2008
by fed Ex
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DM_US:21442576_1