IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>      Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-170 (JJF)<br>)<br>)  **CONFIDENTIAL-**<br>)  **FILED UNDER SEAL**<br>)<br>) |

**DEFENDANT AGERE SYSTEMS INC.'S REPLY BRIEF
IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM PLAINTIFF CIF
LICENSING, LLC AND THIRD PARTY MOTOROLA, INC.**

YOUNG CONAWAY STARGATT &TAYLOR, LLP
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

-and-

TOWNSEND AND TOWNSEND AND CREW LLP
David E. Sipiora
Ian L. Saffer
Chad E. King
1200 Seventeenth Street, Suite 2700
Denver, Colorado 80202-5827
(303) 571-4000

*Attorneys for Defendant Agere Systems, Inc.*

September 5, 2008

# FILED UNDER SEAL