IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AGERE SYSTEMS INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 07-170-JJF<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned counsel for Defendant Agere Systems Inc. hereby certifies that on September 5, 2008, copies of Defendant's Notice to Conduct Deposition of Dr. Harry V. Bims were caused to be served upon the following counsel of record as indicated:

**BY U.S. FIRST CLASS MAIL and E-MAIL**

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Joel E. Freed, Esquire
Michael W. Connelly, Esquire
D. Sean Trainor, Esquire
Amanda E. Koenig, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94304-1212

PLEASE TAKE FURTHER NOTICE that on September 5, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

Joel E. Freed, Esquire
Michael W. Connelly, Esquire
D. Sean Trainor, Esquire
Amanda E. Koenig, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096

Edwin H. Wheeler, Esquire
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ Jeffrey T. Castellano*
          _____
          Josy W. Ingersoll (No. 1088)
          jingersoll@ycst.com
          John W. Shaw (No. 3362)
          jshaw@ycst.com
          Jeffrey T. Castellano (No. 4837)
          jcastellano@ycst.com
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, DE 19899-0391
          302-571-6600

          *Attorneys for Defendant Agere Systems Inc.*

OF COUNSEL:

David E. Sipiora
Ian L. Saffer
Chad E. King
TOWNSEND AND TOWNSEND AND CREW, LLP
1200 17th Street, Suite 2700
Denver, CO 80202
303-571-4000

Dated: September 5, 2008