

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a<br>GE LICENSING, | )<br>)<br>) | REDACTED |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 07-170 (JJF) |
| AGERE SYSTEMS INC., | )<br>)<br>) | |
| Defendant. | ) | |

### VERDICT FORM

We, the jury, unanimously find as follows:

### QUESTION 1: INFRINGEMENT

1. Do you find that GE has proven, by a preponderance of the evidence, that Agere has directly or indirectly infringed any of the following patent claims?

    *A "YES" answer is a finding for GE.*
    *A "NO" answer is a finding for Agere.*

    | '054 Patent | | | | |
    |---|---|---|---|---|
    | Claim No. | Direct | | Indirect | |
    | | Yes | No | Yes | No |
    | 1 | ✓ | | | ✓ |
    | 12 | ✓ | | | ✓ |
    | 46 | ✓ | | | ✓ |

    | '641 Patent | | | | |
    |---|---|---|---|---|
    | Claim No. | Direct | | Indirect | |
    | | Yes | No | Yes | No |
    | 1 | ✓ | | | ✓ |
    | 3 | ✓ | | | ✓ |
    | 5 | ✓ | | | ✓ |
    | 7 | ✓ | | | ✓ |

| '758 Patent | | | | |
|---|---|---|---|---|
| Claim No. | Direct | | Indirect | |
| | Yes | No | Yes | No |
| 1 | ✓ | | | ✓ |
| 26 | ✓ | | | ✓ |
| 36 | ✓ | | | ✓ |

| '776 Patent | | | | |
|---|---|---|---|---|
| Claim No. | Direct | | Indirect | |
| | Yes | No | Yes | No |
| 1 | ✓ | | ✓ | |
| 9 | ✓ | | ✓ | |
| 30 | ✓ | | ✓ | |

## QUESTION 2: ANTICIPATION

2. Has Agere proven, by clear and convincing evidence, that any of the following patent claims is invalid because it is anticipated by a single prior art reference?

   *Place a check mark in the appropriate space.*
   *A "YES" answer is a finding for Agere.*
   *A "NO" answer is a finding for GE.*

| Patent/Claim | Yes | No |
|---|---|---|
| '054 Patent | | |
| Claim 1 | ✓ | |
| Claim 12 | ✓ | |
| Claim 46 | ✓ | |
| '758 Patent | | |
| Claim 1 | ✓ | |
| Claim 26 | ✓ | |
| Claim 36 | ✓ | |

## QUESTION 3: OBVIOUSNESS

3. Has Agere proven by clear and convincing evidence that of the following patent claims is invalid because it would have been obvious to a person of ordinary skill in the art at the time of the invention?

*Place a check mark in the appropriate space.*
*A "YES" answer is a finding for Agere.*
*A "NO" answer is a finding for GE.*

| Patent/Claim | Yes | No |
|---|---|---|
| '054 Patent | | |
| Claim 1 | ✓ | |
| Claim 12 | ✓ | |
| Claim 46 | ✓ | |
| '758 Patent | | |
| Claim 1 | ✓ | |
| Claim 26 | ✓ | |
| Claim 36 | ✓ | |
| '776 Patent | | |
| Claim 1 | ✓ | |
| Claim 9 | ✓ | |
| Claim 30 | ✓ | |

**Answer the following questions if you have found at least one claim to be infringed and valid.**

### QUESTION 4: WILLFULNESS

4. Do you find that GE has proven, by clear and convincing evidence, that Agere's infringement was willful? [Answer only for patents, if any, for which you found infringement in Question 1.]

    *A "YES" answer is a finding for GE.*
    *A "NO" answer is a finding for Agere.*

    | Patent/Claim | Yes | No |
    |---|---|---|
    | '054 Patent | | ✓ |
    | '641 Patent | ✓ | |
    | '758 Patent | | ✓ |
    | '776 Patent | ✓ | |

### QUESTION 5: DAMAGES

5(a). What reasonable royalty rate, if any, has GE proven, by a preponderance of the evidence, it is entitled to receive from Agere for hardware modems?

Answer: **13.5**

5(b). What reasonable royalty rate, if any, has GE proven, by a preponderance of the evidence, it is entitled to receive from Agere for software modems (also called softmodems)?

Answer: **4.5**

5(c). What are the total damages (no less than a reasonable royalty) that GE has shown by a preponderance of the evidence for Agere's infringement?

$ **7,600,000**

-4-

Each juror must sign the verdict form to reflect that a unanimous verdict has been reached.



| 2-17-2009 | |
|---|---|
| Date | Jury Foreperson |

902748