**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CIF LICENSING, LLC, d/b/a GE LICENSING, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 07-170 (LPS) |
| AGERE SYSTEMS INC., | ) | |
| Defendant. | ) | |

**NOTICE OF LODGING OF PLAINTIFF'S RECORD FROM SPECIAL MASTER**

PLEASE TAKE NOTICE that, plaintiff CIF Licensing, LLC, d/b/a GE Licensing ("GE"), hereby lodges the following sealed briefs and associated exhibits, which were submitted by GE during the Special Master proceedings but which were not previously filed:

1. Plaintiff's Submission in Response to Special Master Order No. 1;
2. Joint Fact Stipulation (with attachments);
3. Plaintiff's Brief to the Special Master (with exhibits);
4. Plaintiff's Reply to Defendant's Initial Presentation to the Special Master (with exhibits); and
5. Plaintiff's Reply Brief to the Special Master (with exhibits).

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Richard L. Horwitz (#2246)
Philip A. Rovner (#3215)
David E. Moore (#3983)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
rhorwitz@potteranderson.com
provner@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*CIF Licensing, LLC, d/b/a*
*GE Licensing*

OF COUNSEL:

Joel M. Freed
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000

Edwin H. Wheeler
McDermott Will & Emery LLP
275 Middlefield Road
Menlo Park, CA 94025
(650) 815-7400

Dated: November 24, 2010
990420

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that, on November 24, 2010, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and the document is available for viewing and downloading from CM-ECF:

**BY CM-ECF AND E-MAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on November 24, 2010 I have sent by E-mail the foregoing document to the following non-registered participants:

David E. Sipiora, Esq.
Ian L. Saffer, Esq.
Ryan D. Phillips, Esq.
Townsend and Townsend and Crew LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
desipiora@townsend.com
ilsaffer@townsend.com
rdphillips@townsend.com

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com