# YOUNG CONAWAY STARGATT & TAYLOR, LLP

SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
NEILLI MULLEN WALSH
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER

PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY
ADAM W. POFF
SEAN M. BEACH
JOSEPH M. BARRY
SHARON M. ZIEG
DAVID R. HURST
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
DANIEL F.X. GEOGHAN
(NY, NJ, MI ONLY)

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338
WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 576-3587
DIRECT FAX: (302) 576-3551
jcastellano@ycst.com

IAN J. BAMBRICK
RYAN M. BARTLEY
DONALD J. BOWMAN, JR.
ELISABETH S. BRADLEY
MICHELE SHERRETTA BUDICAK
EMILY V. BURTON
ERIKA R. CAESAR
JEFFREY T. CASTELLANO
DOUGLAS T. COATS
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
JUSTIN P. DUDA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
MARIS FINNEGAN
DAVID M. FRY
WILLIAM E. GAMGORT
MARGARET WHITEMAN GREECHER
SEAN T. GREECHER
A. DAVID HANSEN
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON

KAREN E. KELLER
JENNIFER M. KINKUS
SARA BETH A. R. KOHUT
EVANGELOS KOSTOULAS
PILAR G. KRAMAN
JOHN C. KUFFEL
PAUL J. LOUGHMAN
JAIME N. LUTON
ANDREW L. MAGAZINER
KATHALEEN MCCORMICK
TAMMY L. MERCER
LAUREN E. MOAK
MICHAEL S. NEIBURG
JENNIFER R. NOEL
ROBERT F. POPPITI, JR.
NICHOLAS J. ROHRER
JUSTIN H. RUCKI
ANDREW E. RUSSELL
CHERYL A. SANTANIELLO
MORGAN L. SEWARD
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
JAMES M. YOCH, JR.

OF COUNSEL
BRUCE M. STARGATT

COUNSEL
CURTIS J. CROWTHER
ADRIA B. MARTINELLI
KAREN L. PASCALE

September 6, 2011

**BY CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re: *CIF Licensing, LLC d/b/a GE Licensing v. Agere Systems Inc.*,
> C.A. No. 07-170-LPS

Dear Judge Stark:

I write on behalf of the parties pursuant to the Court's August 23, 2011 Order (D.I. 514) directing the parties to identify all of the pending matters ripe for the Court's review. The parties hereby identify the following matters. Two copies of each identified document (including exhibits thereto) are being provided to the Court.

1. GE Licensing's Motion for Pre- and Post-Judgment Interest (D.I. 395)

   - Opening Brief (D.I. 416)
   - Declaration of Julie L. Davis in Support of GE Licensing's Motion (D.I. 417)
   - Opposition (D.I. 422)
   - Declaration of Gregory C. Swinehart in Support of Agere's Opposition (D.I. 423)
   - Reply (D.I. 449)

2. GE Licensing's Motion for Entry of Permanent Injunction of the Conditioning of Continued Willful Infringing Activity on a Royalty (D.I. 396)

   - Opening Brief (D.I. 418)
   - Opposition (D.I. 429)
   - Reply (D.I. 450)

Y OUNG C ONAWAY S TARGATT & T AYLOR, LLP
The Honorable Leonard P. Stark
September 6, 2011
Page 2

3. GE Licensing's Motion for Enhanced Damages (D.I. 397)

- Opening Brief (D.I. 419)
- Opposition (D.I. 431)
- Reply (D.I. 453)

4. GE Licensing's Motion for Attorneys Fees, Expenses, Costs and Interest (D.I. 398)

- Opening Brief (D.I. 420)
- Opposition (D.I. 430)
- Reply (D.I. 451)

5. GE Licensing's Motion for An Accounting of Agere Systems Inc's Sales Made On or After January 1, 2009 (D.I. 399)

- Opening Brief (D.I. 421)
- Opposition (D.I. 425)
- Reply (D.I. 452)

6. Agere's Motion for Judgment as a Matter of Law that the Jury's Damages Award is Unsupported (D.I. 403)

- Opening Brief (D.I. 404)
- Opposition (D.I. 433)
- Reply (D.I. 440)

7. Agere's Objections to the Special Master's Report and Recommendation (D.I. 494)

- Opposition (D.I. 501)
- Reply (D.I. 506)
- Special Master's Report and Recommendation (D.I. 492 and 493)
- Agere's Notice of Lodging of Defendant's Record From Special Master Proceeding (D.I. 495)
  1. Defendant's Initial Presentation to the Special Master (with exhibits);
  2. Defendant's Reply in Response to Plaintiff's Submission in Response to Special Master Order No. 1;
  3. Defendant's Final Presentation to the Special Master (with exhibits); and
  4. Defendant's Reply to Plaintiff's Brief to the Special Master (with exhibits).

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Leonard P. Stark
September 6, 2011
Page 3

- GE Licensing's Notice of Lodging of Plaintiff's Record From Special Master (D.I. 502)
  1. Plaintiff's Submission in Response to Special Master Order No. 1;
  2. Joint Fact Stipulation (with attachments);
  3. Plaintiff's Brief to the Special Master (with exhibits);
  4. Plaintiff's Reply to Defendant's Initial Presentation to the Special Master (with exhibits); and
  5. Plaintiff's Reply Brief to the Special Master (with exhibits).

8. Agere's Motion for a Bench Trial on Equitable Defenses of Inequitable Conduct with Regard to U.S. Pat. No. 5,446,758, and Laches and for a Jury Trial on its Defenses of Patent Exhaustion and License.(D.I. 496)

- Opening Brief (D.I. 497)
- Opposition (D.I. 500)
- Reply (D.I. 505)

Respectfully,

Jeffrey T. Castellano (No. 4837)

cc:   Clerk of the Court (by CM/ECF)
      Counsel of Record (by CM/ECF)